**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Index No.: 10 CIV 4917
Date Purchased:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DEWEY R. BOZELLA,

       Plaintiff/Petitioner      AFFIDAVIT OF SERVICE

   -against-

THE COUNTY OF DUTCHESS; ET AL.,

       Defendant/Respondent
------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **06/24/10** at **4:22 PM**, at **O'NEIL & BURKE, LLP, 301 MANCHESTER RD., SUITE 203, POUGHKEEPSIE, NY, 12603** deponent served the within
**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND, ELECTRONIC CASE FILING RULES & INSTRUCTIONS** on **WILLIAM J. O'NEILL** DEFENDANT therein named,

Individual    by delivering a true copy of each to said DEFENDANT personally; deponent knew the person so served to be the person described as said DEFENDANT therein. At the time of service, deponent asked whether DEFENDANT is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Description    Skin: **WHITE**    Sex: **MALE**    Hair: **WHITE**
            Weight: **215** Height: **6'0**    Age: **67** Other Identifying Features:

Sworn to before me this
30th. day of June 2010

_Heather Lee Lawson_
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/10

THOMAS J. WALSH III

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**ORIGINAL**  JUDGE SEIBEL

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | | |
|---|---|---|
| Dewey R. Bozella | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10 Civ. **10 CIV 4917** |
| The County of Dutchess; The City of Poughkeepsie; William J. O'Neill; Robert J. DeMattio | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William J. O'Neill
16 Spencer Dr.
Red Hook, NY 12571-2378

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter J. Macdonald
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JUN 2 4 2010

*Signature of Clerk or Deputy Clerk*