8915-0048/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DEWEY R. BOZELLA,                                         **NOTICE OF MOTION**

                              Plaintiff,           10 CIV 4917 (CS)

    -against-

THE COUNTY OF DUTCHESS, THE CITY OF
POUGHKEEPSIE, WILLIAM J. O'NEILL and ROBERT J.
DeMATTIO,

                              Defendants.
------------------------------------------------------------------------x

S I R (S):

    PLEASE TAKE NOTICE, that upon the annexed affidavit of David L. Posner, sworn to the 8th day of October, 2010, the attached exhibits, and memorandum of law, defendant Robert J. DeMattio will move for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting dismissal of plaintiff's complaint or, alternatively, dismissal on the grounds of qualified immunity.

    PLEASE TAKE NOTICE, that pursuant to the Court's briefing schedule, plaintiff's opposition papers are to be served on or before November 8, 2010 and defendant's reply papers are to be served on or before November 22, 2010.

DATED:    Poughkeepsie, New York
               October 8, 2010

                                                                  Yours, etc.

                                                                  McCABE & MACK LLP

                                                                  By: _____
                                                                     DAVID L. POSNER (0310)
                                                               *Attorneys for Defendant DeMattio*
                                                               63 Washington Street
                                                               P.O. Box 509
                                                              Poughkeepsie, NY  12602-0509
                                                              Tel:  (845) 486-6800

8915-0048/dmf

TO: PETER J. MACDONALD, ESQ.
ROSS E. FIRSENBAUM, ESQ.
Wilmer, Cutler, Pickering, Hale
 & Dorr LLP
*Attorneys for Plaintiff*
399 Park Avenue
New York, NY 10022

MICHAEL BURKE, ESQ.
BURKE, MIELE & GOLDEN
*Attorneys for Defendants County of Dutchess
 and O'Neill*
40 Matthews Street
PO Box 216
Goshen, NY 10924

JACOBOWITZ & GUBITS, LLP
*Attorneys for Defendant City of Poughkeepsie*
158 Orange Avenue
PO Box 367
Walden, NY 12586