UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DEWEY R. BOZELLA,

                    Plaintiff,

-against-

THE COUNTY OF DUTCHESS, THE
CITY OF POUGHKEEPSIE, WILLIAM J.
O'NEILL and ROBERT J. DeMATTIO,

                    Defendants.
------------------------------------------------------X

**NOTICE OF MOTION**

10 CIV 4917 (CS)

S I R (S):

    PLEASE TAKE NOTICE, that upon the annexed affidavit of David Gandin, sworn to the 13th day of October, 2010, the attached exhibits, and memorandum of law, defendant City of Poughkeepsie will move for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting dismissal of plaintiff's complaint.

    PLEASE TAKE NOTICE, that pursuant to the Court's briefing schedule, plaintiff's opposition papers are to be served on or before November 15, 2010 and defendant's reply papers are to be served on or before November 29, 2010.

Dated: Walden, New York
         October 13, 2010

                                    Yours, etc.

                                    JACOBOWITZ & GUBITS, LLP

                                    By: _____
                                       David Gandin (DG-0553)
                                   *Attorneys for Defendant - City of Poughkeepsie*
                                   158 Orange Avenue, P.O. Box 367
                                   Walden, New York 12586
                                   Tel: (845) 778-2121

TO: Peter J. MacDonald, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
*Attorneys for Plaintiff*
399 Park Avenue
New York, New York 10022

Michael Burke, Esq.
Burke, Miele & Golden
*Attorneys for Defendants County of Dutchess and O'Neill*
40 Matthews Street, P.O. Box 216
Goshen, New York 10924

David L. Posner, Esq.
McCabe & Mack, LLP
*Attorneys for Defendant DeMattio*
63 Washington Street, P.O. Box 509
Poughkeepsie, New York 12602