UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| **DEWEY R. BOZELLA,** ) | |
| ) | |
|     **Plaintiff,** ) | No. 10 Civ. 4917 (CS) |
| ) | |
|     v. ) | **CERTIFICATE OF** |
| ) | **SERVICE** |
| **THE COUNTY OF DUTCHESS; THE CITY OF** ) | |
| **OF POUGHKEEPSIE; WILLIAM J. O'NEIL;** ) | |
| **AND ROBERT J. DEMATTIO,** ) | |
| ) | |
|     **Defendants.** ) | |

-----------------------------------------------------------------------

I, Ross E. Firsenbaum, hereby declare as follow:

    1.    I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, attorneys for Plaintiff Dewey R. Bozella.

    2.    I hereby certify, that on November 15, 2010, a copy of the Plaintiff Dewey R. Bozella's Omnibus Memorandum in Opposition to the Motions to Dismiss by Defendants County of Dutchess, William J. O'Neil and Robert J. DeMattio and Motion for Judgment of the Pleadings by Defendant City of Poughkeepsie, the Declaration of Ross E. Firsenbaum in Support of the Plaintiff Dewey R. Bozella's Omnibus Memorandum in Opposition to the Motions to Dismiss by Defendants County of Dutchess, William J. O'Neil and Robert J. DeMattio and Motion for Judgment of the Pleadings by Defendant City of Poughkeepsie, and the exhibits thereto was served on counsel of record by federal express and electronic mail.

    I declare that the foregoing is true and correct.

Dated: New York, New York
       December 3, 2010

                                               /s/ Ross Firsenbaum_____
                                               Ross Firsenbaum
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               399 Park Avenue
                                               New York, New York 10022
                                               (212) 230-8800