MEMO ENDORSED

# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***

JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT

ROCKLAND COUNTY OFFICES
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO  ☒ ORANGE CO.
          ☐ ROCKLAND CO.

Respond to Post Office Box

December 3, 2010                         12/7/10

Honorable Cathy Seibel
United States District Judge
Southern District of New York
Charles L. Brieant Federal Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601

<u>Via facsimile (914) 390-4278</u>

Application granted.

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 12/6/10

Re:   Bozella v. County of Dutchess, et al
      10 CIV 4917 (CS)

Dear Judge Seibel:

    Please allow this letter to serve as a request for permission to file a copy of our exhibits to our Affidavit in Support of Motion to Dismiss on behalf of Defendants County of Dutchess and William J. O'Neill. Copies of these exhibits have already been provided to your Honor and plaintiff's counsel. We are unable to electronically file these exhibits due to their size and ECF rules and instructions.

    Thank you for your consideration in this matter.

Respectfully,

*Michael K Burke*
MICHAEL K. BURKE

Cc:  Ross Firsenbaum, Esq. (via facsimile (212) 230-8888)
     Howard Protter, Esq. (via facsimile (845) 778-5173)
     David Posner, Esq. (via facsimile (845) 486-7621)