**MEMO ENDORSED**

**WILMERHALE**

By Fax

January 11, 2012

Honorable George A. Yanthis
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
Room 421
300 Quarropas Street
White Plains, NY 10601-41

Peter J. Macdonald

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/17/12

Re: *Bozella v. County of Dutchess, et al.*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Yanthis:

We write on behalf of the plaintiff, Dewey R. Bozella, in the above-referenced matter, to confirm the schedule ordered by Your Honor during today's teleconference.

First, Plaintiff will file an amended complaint by February 6, 2011.

Second, Defendants Dutchess County and William O'Neill will respond to the amended complaint by February 24, 2011.

Third, by March 8, 2011, the parties will submit to the Court a proposed scheduling order and, if necessary, will also submit a joint letter detailing any disputed terms in the proposed order and any unresolved discovery disputes. The parties have agreed that counsel for Mr. Bozella will share a proposed scheduling order with counsel for the Defendants by March 2, 2011.

Fourth, the parties shall appear at a pre-trial conference on March 13, 2011 at 10:00 a.m. in Your Honor's courtroom in White Plains. If the parties believe that the March 13 conference need not take place in person before Your Honor, the parties will so inform the Court and request that the conference be held by teleconference.

Respectfully submitted,

Peter J. Macdonald

cc:  Patrick T. Burke (via email)
     Michael Burke (via email)

SO ORDERED: 1/17/12

Hon. George A. Yanthis
United States Magistrate Judge.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing  Berlin  Boston  Brussels  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Waltham  Washington