# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***
PHYLLIS A. INGRAM****

JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT
**** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
NEW CITY NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

RECEIVED MAR 22 2012 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

March 22, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/29/12

**PRIVILEGED – IN CAMERA REVIEW**

Via Fax – 914-390-4095
Hon. George A. Yanthis
United States District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building
United States Courthouse – Room 421
300 Quarropas Street
White Plains, New York 10601-4150

RE:   *Bozella v. County of Dutchess, et al*
      10 Civ. 4917 (SDNY)

Dear Judge Yanthis:

Enclosed herewith for Your Honor's in camera review are copies of the email exchanges between the Defendant William O'Neill and William Grey. There are actually two not three emails; see #3 on the enclosed Privileged Log. Plaintiff seeks discovery of these emails pursuant to a demand for discovery and inspection served upon Defendant William O'Neill that requests copies of documents concerning any communications between Defendant O'Neill and any witness or potential witness. Defendants have objected to the disclosure of these emails as privileged attorney work product. Mr. Grey was reached out to at our request at our request as part of our initial investigation of this matter. Thus, we believe they are protected material not subject to disclosure.

Respectfully submitted,

*Michael K. Burke*
Michael K. Burke

MKB:vc
c: Shauna K. Friedman, Esq.
   Wilmer Hale (w/o enclosure)

*[Handwritten endorsement:]* The Court has reviewed the referenced emails in camera and concludes they would be entitled to attorney work product privilege. In any event, said emails are not relevant to any claim or defense in this matter. So ordered. [signature] USMJ, 3/28/12