UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWEY R. BOZELLA,<br><br>   Plaintiff,<br><br>v.<br><br>THE COUNTY OF DUTCHESS and WILLIAM J. O'NEILL,<br><br>   Defendants. | No. 10 Civ. 4917 (CS) |

## CERTIFICATE OF SERVICE

I, Craig R. Heeren, hereby declare as follow:

   1.   I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Plaintiff Dewey R. Bozella.

   2.   I hereby certify, that on April 5, 2012, a copy of Plaintiff Dewey R. Bozella's Response to the County's Objections to the March 13, 2012 Decision of Magistrate Judge Yanthis Granting Disclosure of Case Files Contained in Plaintiff's Amended Complaint, the Declaration of Craig R. Heeren in Support, and accompanying Exhibits, were served on counsel of record by ECF.

   I declare that the foregoing is true and correct.

Dated: New York, New York
       April 5, 2012

                                          /s/ Craig R. Heeren
                                      Craig R. Heeren
                                      WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                      399 Park Avenue
                                      New York, New York 10022
                                      (212) 230-8800