# MEMO ENDORSED

## WILMERHALE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/18/12

**Ross E. Firsenbaum**

+1 212 295 6323 (t)
+1 212 230 8888 (f)
ross.firsenbaum@wilmerhale.com

**By Fax**

June 18, 2012

Honorable George A. Yanthis
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and United States Courthouse
Room 421
300 Quarropas Street
White Plains, NY 10601-41

Re: *Bozella v. County of Dutchess, et al.*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Yanthis:

We write on behalf of the plaintiff, Dewey R. Bozella, to jointly request with counsel for the Defendants that the Court reschedule tomorrow's status conference in the above-referenced matter. The parties respectfully request that the status conference be rescheduled at the Court's convenience in late-July.

Respectfully submitted,

*/s/ Ross E. Firsenbaum/*

Ross E. Firsenbaum

cc: Phyllis Ingram (*via email*)

---

*The status conference is rescheduled for Thursday, July 26, 2012 at 9:30 a.m. So ordered.*

*Gene Alzenth, USMJ, 6/18/12*

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington