UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Dewey Bozella,

                  Plaintiff,

Case No. 10-4917

     -against-

The County of Dutchess, et al.

                  Defendant.
------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Peter J. Macdonald
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PM1239    My State Bar Number is 3949682

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
                      FIRM ADDRESS: 399 Park Avenue New York, NY 10022
                      FIRM TELEPHONE NUMBER: 212-230-8800
                      FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
                      FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
                      FIRM TELEPHONE NUMBER: 212-230-8800
                      FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 11, 2012                /s/ Peter J. Macdonald
                                            ATTORNEY'S SIGNATURE