UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DEWEY R. BOZELLA,

                        **10 civ 4917 (CS)**

               Plaintiff,

                        **NOTICE OF**
-against-                **APPEARANCE**


THE COUNTY OF DUTCHESS, and
WILLIAM J. O'NEILL

               Defendants.
-------------------------------------------------------X

     PLEASE TAKE NOTICE that in addition to Patrick T. Burke, Esq. and Michael

K. Burke, Esq. of Burke, Miele & Golden, LLP, Phyllis A. Ingram, Esq. also of Burke,

Miele & Golden, LLP, hereby appears as counsel for THE COUNTY OF DUTCHESS

and WILLIAM J. O'NEILL, defendants in this action, and that all future correspondence

and papers in connection with this action are to be directed to our office at the address

indicated below.


Dated:  September 28, 2012
        Goshen, New York

_____
Phyllis A. Ingram, Esq. (0650)
Burke, Miele & Golden, LLP
Attorneys for Defendants County of
Dutchess and O'Neill
40 Matthews Street, Suite 209
Post Office Box 216
Goshen, New York  10924
(845) 294-4080