*Law Office of*
# MICKEY A. STEIMAN

4419 Albany Post Road
Post Office Box 665
Hyde Park, New York 12538
Telephone (845) 229-6300



October 20, 2012

**VIA UNITED STATES POSTAL SERVICE EXPRESS MAIL**

Honorable George A. Yanthis
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
Room 421
300 Quarropas Street
White Plains, NY 10601-4150

RE: *Dewey R. Bozella v. County of Dutchess and William J. O'Neill*
10 Civ 4917 (CS)(GAY)

Dear Judge Yanthis:

Pursuant to the Court's Decision and Order dated October 17, 2012, I am enclosing one copy each of the three letters that the Court directed be provided for *in camera* review.

I apologize for the slight delay in complying with the Court's direction. I received a copy of the Decision and Order on Thursday, October 18, and I was deposed in this matter for the entire day on Friday, October 19, by defendant's counsel. Accordingly, earlier compliance with the Court's direction was difficult.

Exhibit 1 is a letter (including the front and back of the envelope in which sent and received) from Dewey Bozella to David Steinberg, Esq. Mr. Steinberg was my law partner and co-counsel during both the 1983 and 1990 criminal proceedings involving Mr. Bozella. At the time Exhibit 1 was written, Mr. Steinberg was the Chief Assistant Public Defender of Dutchess County, and Exhibit 1 was addressed to him at the Dutchess County Public Defender's office and requested that Mr. Steinberg direct the letter to me.

Exhibit 2 is a letter drafted by Mr. Steinberg and by me after discussion between us and clearly written in response to Exhibit 1. Despite an obvious typo in the signature block (the typist's initials "val" are those of Vivian Loughlin, Mr. Steinberg's secretary at the time), it was sent by Mr. Steinberg to Mr. Bozella, with a copy to me, on the letterhead of the Dutchess County Public Defender.

Exhibit 3 is a letter (including the front and back of the envelope in which sent and received) from Mr. Bozella to Mr. Steinberg and to me and was written in response to the letter enclosed as Exhibit 2.

I represent that Exhibits 1 and 3 are each true and complete copies of the original documents in my

VIA UNITED STATES POSTAL SERVICE EXPRESS MAIL
Honorable George A. Yanthis
October 20, 2012
Page 2

---

possession. I further represent that Exhibit 2 is a true and complete copy of the original retained file copy in my possession.

I trust that the enclosures together with the descriptive content of this letter are in full compliance with the Court's direction.

Respectfully,

Mickey A. Steiman

Encls (3).

cc: Michael K. Burke, Esq. [Via Email to mburke@bmglawyers.com (without enclosures)]
Burke, Miele & Golden, LLP

Ross Firsenbaum, Esq. [Via Email to Ross.Firsenbaum@wilmerhale.com (without enclosures)]
WilmerHale

The Court has reviewed in camera the subject letters. The letters are protected from disclosure by the attorney client privilege. In any event, the contents of the letters are not relevant to the claims herein nor reasonably calculated to lead to discovery of admissible evidence.

SO ORDERED:

_George A. Yanthis_ 10/26/17
Hon. George A. Yanthis
United States Magistrate Judge.