UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/28/12

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL

    Defendants.

No. 10 Civ. 4917 (CS) (GAY)

[~~PROPOSED~~] SECOND
AMENDED SCHEDULING
ORDER AND
DISCOVERY PLAN

## [~~PROPOSED~~] SECOND AMENDED SCHEDULING ORDER AND DISCOVERY PLAN

1. **Fact Depositions:**

   a) Each side (Defendants as one side; and Plaintiff as the other side) shall be permitted to take a maximum of twenty (20) fact depositions. Nothing herein shall prevent any Party from seeking leave from the Court to take additional fact depositions.

   b) All depositions of fact witnesses shall be completed by November 16, 2012.

   c) Notwithstanding paragraph 1(b) herein, the Parties have agreed that the deposition of John Garrity, Jr., pursuant to Defendants' subpoena may take place on a date prior to December 15, 2012, to be agreed upon by the Parties and Mr. Garrity.

2. **Interrogatories:**

   a) Each Party shall be limited to a total of 25 written interrogatories consistent with Local Rule 33(a), including all discrete subparts, and inclusive of interrogatories already served, provided, however, that all special interrogatories served pursuant to an Order by Judge Yanthis shall not count towards such limit.

b)  The Parties may serve contention interrogatories in addition to those set forth in paragraph 2(a) herein. However, no Party may serve contention interrogatories until after November 16, 2012. The Parties shall meet-and-confer in November 2012 to identify the number of contention interrogatories that shall be permitted for each side.

3.  **Electronically-Stored Information:**

a)  The Parties have discussed all foreseeable issues relating to the preservation and production of electronically-stored information ("ESI"), including the sources to be searched for ESI and the format and costs of ESI production.

b)  The Parties do not have any disputes regarding ESI, but reserve the right to raise any disputes with the Court should any disputes arise in the future.

4.  **Expert Reports and Discovery:**

a)  Any Party that seeks to submit expert testimony shall identify all such areas to all other Parties on or before December 17, 2012.

b)  The Parties shall identify any additional areas with respect to which they seek to submit expert testimony in response to other Parties' designations in paragraph 4(a) above on or before January 11, 2013.

c)  Any Party that seeks to submit expert testimony shall serve its expert report(s) on all such areas on or before January 18, 2013.

d)  The Parties shall exchange rebuttal expert reports on or before March 14, 2013.

e)  Depositions of experts shall be completed by the Parties on or before April 29, 2013. All discovery shall be completed by this time.

5. **Telephonic Status Conference:** Pursuant to the Court's Order dated October 15, 2012, Plaintiff shall initiate a telephone conference between counsel for the Parties and the Court on January 8, 2013 at 9:15 a.m.

6. **Reservation of Rights:** The Parties to this Proposed Second Amended Scheduling Order and Discovery Plan expressly reserve all rights to seek relief from the Court regarding all matters, including but not limited to the issues covered herein.

Dated: New York, New York  
November 26, 2012

WILMER CUTLER PICKERING  
HALE AND DORR LLP

By: _____  
Ross E. Firsenbaum  
Peter J. Macdonald  
Shauna K. Friedman  
Craig Heeren  
Somil Trivedi  
7 World Trade Center  
250 Greenwich Street  
New York, New York 10007  
Tel.: (212) 230-8800  
Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*

Dated: Goshen, New York  
November 26, 2012

BURKE, MIELE & GOLDEN LLP

By: _____  
Patrick T. Burke  
40 Matthews Street, Suite 209  
P.O. Box 216  
Goshen, NY 10924

Tel.: (845) 294-4080  
Fax: (845) 294-7673

*Attorneys for Defendants County of Dutchess and William J. O'Neill*

DONE and ORDERED this __28th__ day of __November__, 2012.

_____
George A. Yanthis
United States Magistrate Judge





**FACSIMILE**

Date  November 26, 2012                                                                                       (t)
                                                                                                              (f)

To  Honorable George A. Yanthis                          Fax  914-390-4095
                                                         Tel  914-390-4088
United States District Court for the Southern District of
New York
The Honorable Charles L. Brieant Jr. Federal Building
and US Courthouse
Room 421
300 Quarropas Street
White Plains, NY 10601-41

From  Ross E. Firsenbaum                                 Pages  6 (including cover)

Re  **Bozella v. County of Dutchess, et al., No. 10 Civ. 4917**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.