MEMO ENDORSED

# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

—

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***
PHYLLIS A. INGRAM ****

JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT
**** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
NEW CITY NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

January 10, 2013

Hon. Cathy Seibel
United States District Court
for the Southern District of New York
The Hon. Charles L. Brieant, Jr. Federal
Building and United States Courthouse
300 Quarropas Street – Room 218
White Plains, New York 10601-4150

Via fax -- 914-390-4278
and Mail

*[handwritten: Adjourned to 2/4/13 @ 4:15 pm —
So Ordered.
Cathy Seibel, U.S.D.J.
Cathy Seibel 1-15-13]*

Re:    Bozella v. County of Dutchess, et al
       No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel,

       I have the Court's order directing that a pre-motion conference in the subject matter be conducted on February 11, 2013. Because of a personal scheduling conflict (my wife and I have planned a brief vacation in South Carolina from February 7th to February 14th) I ask the Court for an adjustment of the date of this conference. I am available from January 28th to February 6th and virtually any time after February 14th.

       We are anxious to have this conference as soon as possible. I thank the Court, in advance, for your consideration of my request.

                                        Very respectfully,

                                        Patrick T. Burke

                                        Patrick T. Burke

PTB:vc
c:     Peter J. Macdonald, Esq.,
       Wilmer Hale
       Via e-mail – peter.macdonald@wilmerhale.com and Mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-13