# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***
PHYLLIS A. INGRAM ****

JOSEPH P. MCGLINN (1941-2000)

*  ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT
**** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:
499 ROUTE 304
NEW CITY NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

**MEMO ENDORSED**

January 31, 2013

Hon. Cathy Seibel
United States District Court
for the Southern District of New York
The Hon. Charles L. Brieant, Jr. Federal
Building and United States Courthouse
300 Quarropas Street – Room 218
White Plains, New York 10601-4150

Via fax – 914-390-4278
and Mail

2/15/13 conference adjourned to:
2/27/2013
@ 3:30

So Ordered.
*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 1/31/13

Re:    Bozella v. County of Dutchess, et al
       No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel,

On January 10th I wrote the Court asking for an adjournment of the pre-motion conference in the subject case. (I enclose a copy of this letter.)

Unfortunately, I was wrong about the date our February vacation was to end. I thought we would be home on Thursday evening, February 14th. I have been recently told that we do not return until Friday evening, February 15th. (I probably should have known this when I first wrote to the Court, but I did not.)

I therefore ask, again, for an adjournment of the pre-motion conference date. I apologize for having to do so.

Very respectfully,

Patrick T. Burke

PTB:vc
c:    Peter J. Macdonald, Esq.,
      Wilmer Hale
      Via e-mail – peter.macdonald@wilmerhale.com and Mail