# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

Fax (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

DENNIS J. MAHONEY, III
KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***
PHYLLIS A. INGRAM****

JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT
**** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
NEW CITY NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

February 7, 2013

Honorable Cathy Seibel                              Via Fax – 914-390-4278
United States District Court for the Southern District
The Honorable Charles L. Brieant, Jr. Federal Building
and United States Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601-4150

Re:   Bozella v. county of Dutchess, et al., No.10 Civ. 4917 (SDNY)

Dear Judge Seibel,

Pursuant to the parties discussions with Chambers today the pre-motion conference scheduled for February 27th has been adjourned to March 5th at 3:30 p.m.

Thank you for your courtesy in this matter.

Very truly yours,

Michael K. Burke

MKB:vc
cc: Ross E. Firsenbaum, Esq.    Via e-mail – *ross.firsenbaum@wilmerhale.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/13