UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWEY R. BOZELLA,<br><br>      **Plaintiff,**<br><br>      v.<br><br>THE COUNTY OF DUTCHESS, ET AL.<br><br>      **Defendants.** | No. 10 Civ. 4917 (CS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christine Ely of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of Plaintiff Dewey R. Bozella in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, New York
       March 19, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By: /s/ Christine Ely
Christine Ely

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Plaintiff Dewey R. Bozella*

1