**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **DEWEY R. BOZELLA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **No. 10 Civ. 4917 (CS)** |
| **THE COUNTY OF DUTCHESS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica R. Wheeler of Wilmer Cutler Pickering Hale and

Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New

York 10007, hereby appears on behalf of Plaintiff Dewey R. Bozella in the above-captioned

action.  I hereby certify that I am admitted to practice in this District and am a member in good

standing of this Court.

Dated: New York, New York    WILMER CUTLER PICKERING
   March 19, 2013      HALE AND DORR LLP

               By: /s/ Jessica R. Wheeler
               Jessica R. Wheeler

               7 World Trade Center
               250 Greenwich Street
               New York, NY 10007
               Tel.: (212) 230-8800
               Fax: (212) 230-8888

               *Attorney for Plaintiff Dewey R. Bozella*