UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL

    Defendants.

No. 10 Civ. 4917 (CS)

[PROPOSED] SCHEDULING ORDER

## [PROPOSED] SCHEDULING ORDER

**WHEREAS**, the Court has ordered that all discovery shall be closed in the above-captioned action ("Action") on April 29, 2013;

**WHEREAS**, Plaintiff Dewey R. Bozella intends to file a motion for partial summary judgment in the Action;

**WHEREAS**, Defendants Dutchess County and William J. O'Neill intend to file a motion for summary judgment in the Action;

**WHEREAS**, the Court has instructed the parties to submit by Monday, April 8 a proposed briefing schedule on Plaintiff's intended motion and Defendants' intended motion; and

**WHEREAS**, counsel for the parties have met and conferred and agree to the schedule set forth herein.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

It is hereby **ORDERED** as follows:

1. Any motion for partial summary judgment by Plaintiff shall be served no later than June 14, 2013.

2. Any motion for summary judgment by Defendants shall be served no later than August 14, 2013.

3. Any opposition to Plaintiff's motion for partial summary judgment shall be served no later than August 14, 2013.

4. Any reply brief supporting Plaintiff's motion for partial summary judgment shall be served no later than October 15, 2013.

5. Any opposition to Defendants' motion for summary judgment shall be served no later than October 15, 2013.

6. Any reply brief supporting Defendants' motion for summary judgment shall be served no later than November 15, 2013.

Dated: New York, New York
April 8, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Peter J. Macdonald
Ross E. Firsenbaum
Shauna K. Friedman
Craig Heeren
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*

Dated: Goshen, New York  
April 8, 2013

BURKE, MIELE & GOLDEN LLP

By: /s/ Patrick Burke REF

Patrick T. Burke  
40 Matthews Street, Suite 209  
P.O. Box 216  
Goshen, NY 10924  
Tel.: (845) 294-4080  
Fax: (845) 294-7673

*Attorneys for Defendants County of Dutchess and William J. O'Neill*

DONE and ORDERED this 8TH day of April, 2013.

_____  
Cathy Seibel  
United States District Judge



**WILMERHALE**

**FACSIMILE**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

Date   April 8, 2013

To   Honorable Cathy Seibel     Fax   914-390-4278
300 Quarropas St.     Tel
Rm. 621
White Plains, NY 10601-4150

From   Peter J. Macdonald     Pages   5 (including cover)

Re   **Bozella v. County of Dutchess, et al., No. 10 Civ. 4917 (S.D.N.Y.)**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.

# WILMERHALE

Peter J. Macdonald

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA FAX**

April 8, 2013

Honorable Cathy Seibel
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
Room 218
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Bozella v. County of Dutchess, et al.*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

Pursuant to the Court's endorsement order dated March 29, 2013, I write on behalf of Plaintiff Dewey R. Bozella, and with Defendants' counsel's authorization, to submit the enclosed agreed-upon Proposed Scheduling Order for the Court's consideration.

Respectfully submitted,

Peter J. Macdonald

Encl.

cc:   Patrick Burke (*via email*)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington