UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4088

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/16/13

Chambers of the
Hon. George A. Yanthis
United States Magistrate Judge

## AMENDED SCHEDULING NOTICE

10 Civ. 4917 (CS)(GAY)

April 16, 2013

Peter J. Macdonald
Wilmer Cutler Pickering Hale and Dorr LLP (NYC)
7 World Trade Center
250 Greenwich St.
New York, NY 10007

VIA FAX: 212-230-8888

The **telephone** conference in the matter of Bozella v. The County of Dutchess et al previously scheduled before the Hon. George A. Yanthis, United States Magistrate Judge, on April 18, 2013 at 9:00 a.m. has been **rescheduled** to April 23, 2012 at 9:00 a.m.  **You** will be responsible for initiating the conference call; please telephone chambers at the above number when all parties are on the line.

**PLEASE NOTIFY YOUR ADVERSARY(IES) OF THIS SCHEDULE IMMEDIATELY.**

Carlos Gomez, Deputy Clerk
United States District Court