*MEMO ENDORSED*

# WILMERHALE

June 3, 2013

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA FACSIMILE**

Honorable Cathy Seibel
United States District Court for the Southern District of
New York
The Honorable Charles L. Brieant Jr. Federal Building and
United States Courthouse
Room 218
300 Quarropas Street
White Plains, NY 10601-4150

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/13

Re:   *Bozella v. County of Dutchess, et al*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I write on behalf of Plaintiff Dewey R. Bozella regarding Defendants' Objections to the May 16, 2013 Decision of Magistrate George A. Yanthis (the "Objection"), which Defendants' filed on May 30, 2013 pursuant to Federal Rule of Civil Procedure 72(a). The purpose of my letter is to request the opportunity to submit a response to the Objection (unless the Court deems it unnecessary).

Although Rule 72(a) does not specifically address the filing of a response, the Advisory Committee Notes (1983) to Rule 72(a) state that it is "contemplated that a party who is successful before the magistrate will be afforded an opportunity to respond to objections raised to the magistrate's ruling." Mr. Bozella is prepared to submit a memorandum in opposition to the Objection by June 10, 2013 (or on any other date set by the Court).

Respectfully submitted,

*/s/ Peter J. Macdonald*

Peter J. Macdonald

cc:   Patrick T. Burke, Esq. (*via email*)

Application Granted / ~~Denied~~   *Defendants are ordered to send a courtesy copy of the objection papers to chambers if they have not already done so.*
So Ordered.

*/s/ Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 6/3/13

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington



|  |  | **FACSIMILE** |
|---|---|---|
| Date | June 3, 2013 | +1 212 937 7223 (t) <br> +1 212 230 8888 (f) <br> peter.macdonald@wilmerhale.com |
| To | Honorable Cathy Seibel <br> United States District Court for the <br> Southern District of New York <br> The Honorable Charles L. Brieant Jr. <br> Federal Building and United States <br> Courthouse <br> Room 218 <br> 300 Quarropas Street <br> White Plains, NY 10601-4150 | Fax  914-390-4278 <br> Tel |
| From | Peter J. Macdonald | Pages  2 (including cover) |
| Re | **Bozella v. County of Dutchess, et al, No. 10 Civ. 4917 (S.D.N.Y.)** | |

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.