UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DEWEY R. BOZELLA,

                Plaintiff,

-against-

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL,

                Defendants.
----------------------------------------x

10 CIV 4917 (CS)

PROPOSED AMENDED
SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2013

## [PROPOSED] AMENDED SCHEDULING ORDER

**WHEREAS**, this Court previously Ordered a briefing schedule for the Plaintiff's intended motion and Defendants' intended motion on April 8, 2013; and

**WHEREAS**, Defendants' counsel requested and upon the consent of Plaintiff's counsel, the parties agree to the amended schedule set forth herein.

It is hereby ORDERED as follows:

1. Any motion for summary judgment by Defendants shall be served no later than August 30, 2013.

2. Any opposition to Plaintiff's motion for partial summary judgment, previously served on June 14, 2013, shall be served no later than August 30, 2013.

3. Any reply brief supporting Plaintiff's motion for partial summary judgment shall be served no later than October 31, 2013.

4. Any opposition to Defendants' motion for summary judgment shall be served no later than October 31, 2013.

5. Any reply brief supporting Defendants' motion for summary judgment shall be served no later than December 16, 2013.

6. Should Plaintiff rely on the opinion of Professor Gershman in either reply on its motion or in opposition to Defendants' motion, Defendants may move to strike it at the same time they file their reply on their motion.

7. Any opposition to Defendants' motion to strike the opinion of Professor Gershman shall be served no later than January 15, 2014.

Dated: August 5, 2013
Goshen, New York

*All papers should be filed 12/16/13 if no motion to strike is made, or 1/15/14 if such a motion is made* CS

WILMER CUTLER PICKERING
HALE AND DORR, LLP

By: _____
Peter J. Macdonald
Ross E. Firsenbaum
Shauna K. Friedman
Craig R. Heeren
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*

BURKE, MIELE & GOLDEN, LLP

By: _____
Patrick T. Burke /pas
40 Matthews Street, Suite 209
P.O. Box 216
Goshen, New York 10924
Tel: (845) 294-4080
Fax: (845) 294-7673

*Attorneys for Defendants County of Dutchess and William J. O'Neill*

DONE and ORDERED this 6th day of August, 2013

_____
HONORABLE CATHY SEIBEL
United States District Judge

# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

KELLY M. NAUGHTON**
JENNIFER S. ECHEVARRIA***
PHYLLIS A. INGRAM****
ASHLEY N. TORRE

JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & MASSACHUSETTS
*** ADMITTED IN NEW YORK, NEW JERSEY & CONNECTICUT
**** ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
New City NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

August 5, 2013

Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Via facsimile (914) 390-4278**

Re: Bozella v. County of Dutchess, et al
10 CIV 4917 (CS))

Dear Judge Siebel:

We have respectfully enclosed a fully executed Proposed Amended Scheduling Order with respect to the submission of papers relating to Plaintiff's motion for partial summary judgment and Defendants' motion for summary judgment for your review and consideration.

Respectfully submitted,

PATRICK T. BURKE

Encl.

Cc: Peter J. Macdonald – via email
Ross Firsenbaum – via email