# WILMERHALE

September 12, 2013

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

<u>**VIA ECF**</u>

Honorable Cathy Seibel
United States District Court for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
Room 218
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Bozella v. County of Dutchess, et al.,* No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I write to respond to one point in Mr. Burke's letter submitted to the Court today.

The Defendants' proposal of today affords Plaintiff only *seven* days to oppose any motion to strike, which is contrary to the Court's order granting 30 days for Plaintiff to serve its opposition. *See* Dkt. Nos. 127 and 129. It also modifies the schedule Defendants proposed yesterday to extend their time to serve a reply brief from seven days to 38 days. *See* Ex. B to Macdonald letter to the Court, dated September 11, 2013 [Dkt. No. 132-2].

The balance of the items in Mr. Burke's letter have been addressed in our earlier submissions and the Court's prior rulings.

Respectfully submitted,

Peter J. Macdonald

cc:   Patrick T. Burke, Esq. (*via email*)

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/13

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington



**FACSIMILE**

| | |
|---|---|
| Date September 12, 2013 | +1 212 937 7223 (t)<br>+1 212 230 8888 (f)<br>peter.macdonald@wilmerhale.com |

To Honorable Cathy Seibel  
United States District Court for the  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Fax　Fax (914) 390-4278  
Tel

From Peter J. Macdonald　　　　　　Pages　2 (including cover)

Re **Bozella v. County of Dutchess et al., No. 10 Civ. 4917**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing　Berlin　Boston　Brussels　Frankfurt　London　Los Angeles　New York　Oxford　Palo Alto　Waltham　Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.