UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL

    Defendants.

No. 10 Civ. 4917 (CS)

CA [PROPOSED] SECOND AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE

---

## [PROPOSED] SECOND AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE

1. Defendants shall serve any motion for summary judgment no later than September 13, 2013.

2. Defendant Dutchess County shall serve any opposition to Plaintiff's motion for partial summary judgment, served on June 14, 2013, no later than September 13, 2013.

3. Plaintiff shall serve any reply brief supporting his motion for partial summary judgment no later than November 12, 2013.

4. Plaintiff shall serve any opposition to Defendants' motion for summary judgment no later than November 12, 2013.

5. Defendants shall serve any reply brief supporting their motion for summary judgment no later than December 30, 2013.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/13

6. Should Plaintiff rely on the opinion of Professor Bennett Gershman in either his reply brief supporting his motion for partial summary judgment or in his opposition to Defendants' motion for summary judgment, Defendants may move to strike Professor Gershman's opinions at the time they serve their reply brief supporting their motion for summary judgment.

7. Plaintiff shall serve any opposition to Defendants' motion to strike the opinions of Professor Gershman no later than January 29, 2014.

CS 8. Defendant shall serve a reply brief supporting their motion to strike the opinions of Prof. Gershman no later than February 14, 2014.

DONE and ORDERED this 12Th day of September, 2013.

*Cathy Seibel*
THE HONORABLE CATHY SEIBEL
United States District Judge