# MEMO ENDORSED

## WILMERHALE

October 9, 2013

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA FACSIMILE**

Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and
  United States Courthouse
Room 218
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-13
```

Re:    *Bozella v. County of Dutchess, et al.,* No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I write on behalf of Plaintiff Dewey R. Bozella with respect to the Court's recent revision to its Individual Practices, dated September 24, 2013, limiting Rule 56.1 Statements to 25 pages.

Mr. Bozella served a motion for partial summary judgment on June 14, 2013, which included a 54-page Rule 56.1 Statement. Those papers were served but not filed, pursuant to the Court's instruction to file motion papers after briefing is complete. In light of the Court's subsequent revised practices, Mr. Bozella respectfully requests clarification, or permission, *nunc pro tunc,* that he may file the previously-served Rule 56.1 Statement at the conclusion of briefing.

Mr. Bozella also notes that Defendants served a motion for summary judgment, (including a Rule 56.1 Statement) on September 13, 2013. Defendants' submission included a 128-page Rule 56.1 Statement, to which Mr. Bozella is currently preparing a response. Mr. Bozella does not oppose the filing of that Rule 56.1 Statement.

Respectfully submitted,

*[signature]*

Peter J. Macdonald

cc:    Patrick T. Burke, Esq. (*via email*)

Application Granted / ~~Denied~~
So Ordered.

*[signature]*

Cathy Seibel, U.S.D.J.

Dated: 10/9/13

WILMERHALE 

**FACSIMILE**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

Date  October 9, 2013

To  Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States
Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Fax  (914) 390-4278
Tel

From  Peter J. Macdonald

Pages  2 (including cover)

Re  **Bozella v. County of Dutchess, et al., No. 10 Civ. 4917 (S.D.N. Y.)**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing  Berlin  Boston  Brussels  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Waltham  Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.