MEMO ENDORSED                           WILMERHALE

January 8, 2014                                         Peter J. Macdonald

                                                        +1 212 937 7223 (t)
**VIA FAX**                                             +1 212 230 8888 (f)
                                                        peter.macdonald@wilmerhale.com

Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and    Application Granted / ~~Denied~~
  United States Courthouse, Room 218                         So Ordered.
300 Quarropas Street
White Plains, NY 10601-4150
                                                                *Cathy Seibel*
                                                        _____
                                                        Cathy Seibel, U.S.D.J.

Re:  *Bozella v. County of Dutchess, et al.*, No. 10 Civ. 4917 (S.D.N.Y.)
                                                        Dated:  1/8/14

Dear Judge Seibel:

   I write on behalf of Plaintiff Dewey R. Bozella to request the Court's permission to file on January 15, 2014 a three-page letter regarding the applicability (or inapplicability) of two opinions issued after Mr. Bozella served the last of his summary judgment papers on November 12, 2013. The two cases are *Matusick v. Erie Cnty. Water Auth.*, No. 11-1234, 2014 WL 30694 (2d Cir. Jan. 6, 2014) and *Jones v. City of New York*, No. 12-CV-1739, 2013 WL 6814796 (E.D.N.Y. Dec. 20, 2013) (Weinstein, J.). These cases together address the issues of (i) collateral estoppel; (ii) the sufficiency of evidence to pursue a *Monell* claim based on a municipal policy or custom; and (iii) whether Defendants are immune from liability, each of which is pertinent to one of the pending cross-motions. Mr. Bozella does not object to Defendants' submission of a similar three-page letter on the same day.

   This proposal would cause no delay to the current schedule, which requires the parties to file their summary judgment papers on January 15, 2014. *See* Dkt. No. 140. Nor does it prejudice Defendants, who would have an equal opportunity to address *Matusick* (which was issued two days ago) and *Jones* (which was issued more than one week before Defendants served their reply brief, but not mentioned in Defendants' brief).

Respectfully submitted,

*Peter Macdonald*

Peter J. Macdonald

Cc: Defendants' Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/14

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington



**FACSIMILE**

Date January 8, 2014

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

To: Hon. Cathy Seibel          Fax  914-390-4278
United States District Judge    Tel
300 Quarropas Street
White Plains, NY 10601-4150

From  Peter J. Macdonald        Pages  2 (including cover)

Re  **Bozella v. County of Dutchess, et al., No. 10 Civ. 4917 (S.D.N.Y.)**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.