CERTIFICATE OF SERVICE

I hereby certify that a true copy of **Defendants' Response to Plaintiff's Rule 56.1 Statement, Attorney Affirmation** [September 13, 2013 at 11:58 p.m.], **Rule 56.1 Statement, Memorandum of Law in Support of Motion for Summary Judgment and Memorandum of Law in Opposition to Plaintiff's Partial Motion for Summary Judgment** [September 14, 2013 at 1:28 a.m.] was served by transmitting the same to the attorney by electronic means to the email address(es) listed below:

    Peter MacDonald, Esq. (via email peter.macdonald@wilmerhale.com)
    Ross Firsenbaum, Esq. (via email ross.firsenbaum@wilmerhale.com)
    Craig Heeren, Esq. (via email craig.heeren@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY  10007

 

/s/ Patrick T. Burke
Patrick T. Burke, Esq. (7471)
Burke, Miele & Golden, LLP
*Attorneys for County of Dutchess and William J. O'Neill*
40 Matthews Street, Suite 209
Post Office Box 216
Goshen, New York 10924
(845) 294-4080