CERTIFICATE OF SERVICE

I hereby certify that a true copy of **Defendants' Attorney Affirmation, Response to Plaintiff's Counter-Statement of Material Facts** [December 30, 2013 at 11:54 p.m.] **and Reply Memorandum of Law in Further Support of Motion for Summary Judgment** [December 31, 2013 at 1:03 a.m.] was served by transmitting the same to the attorney by electronic means to the email address(es) listed below:

Peter MacDonald, Esq. (via email peter.macdonald@wilmerhale.com)
Ross Firsenbaum, Esq. (via email ross.firsenbaum@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

/s/ Michael K. Burke
Michael K. Burke, Esq. (7554)
Burke, Miele & Golden, LLP
*Attorneys for County of Dutchess and William J. O'Neill*
40 Matthews Street, Suite 209
Post Office Box 216
Goshen, New York 10924
(845) 294-4080