CERTIFICATE OF SERVICE

I hereby certify that a true copy of the **Rule 56.1 Statement in Support of Defendants' Motion for Summary Judgment (with corrections)** was served on January 31, 2014 at 7:08 p.m. by transmitting the same to the attorney by electronic means to the email address(es) listed below:

    Peter MacDonald, Esq. (via email peter.macdonald@wilmerhale.com)
    Ross Firsenbaum, Esq. (via email ross.firsenbaum@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY  10007

 

/s/ Patrick T. Burke
Patrick T. Burke, Esq. (7471)
Burke, Miele & Golden, LLP
*Attorneys for County of Dutchess and William J. O'Neill*
40 Matthews Street, Suite 209
Post Office Box 216
Goshen, New York 10924
(845) 294-4080