UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL,

    Defendants.

No. 10 Civ. 4917 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/14

### NOTICE OF WITHDRAWAL OF CRAIG H. HEEREN AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Craig R. Heeren, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record for Plaintiff Dewey R. Bozella in the above-captioned matter. Mr. Heeren will be leaving WilmerHale and will no longer be associated with this case. Plaintiff Dewey R. Bozella remains represented by WilmerHale.

Mr. Heeren did not assert a retaining or charging lien.


Dated: August 4, 2014

Respectfully submitted,

*signature*

Craig R. Heeren
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
craig.heeren@wilmerhale.com

*Attorney for Plaintiff Dewey R. Bozella*

SO ORDERED

*signature*

Hon. Cathy Seibel
United States District Judge

August 5, 2014
White Plains, NY