UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Bozella,

                Plaintiff,        **NOTICE OF COURT CONFERENCE**

    -against-

                                      7:10-cv-04917-cs

County of Dutchess,

                Defendants.
----------------------------------------------------------------x

A conference will be held before the Hon. Cathy Seibel, U.S.D.J. on **September 23, 2014 at 10:00 a.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 621.

                                            /s/ Alice F. Cama, Courtroom Deputy

Dated:    White Plains, New York
              September 4, 2014