WILMERHALE

October 1, 2014

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA ECF**

Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and
  United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:     *Bozella v. County of Dutchess, et al.*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

        I write on behalf of Plaintiff Dewey R. Bozella and Defendant County of Dutchess
("County") (collectively, the "Parties") to inform Your Honor that the Parties agree to mediate
before Magistrate Judge McCarthy.  The Parties believe that in-person participation by the
Plaintiff and an authorized individual on behalf of the County (in addition to trial counsel), may
be useful.  We would propose raising that issue with Magistrate Judge McCarthy during a
preliminary discussion once her engagement as mediator is confirmed.

Respectfully submitted,

Peter J. Macdonald

cc:     Patrick T. Burke, Esq.
        Michael K. Burke, Esq.