UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Bozella,

                              Plaintiff,

                v.

The County of Dutchess, et al.,
                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

7:10-cv-04917-cs

The above entitled action is referred to the Hon.  Judith McCarthy ,
United States Magistrate Judge, for the following purpose(s):

____  GENERAL PRE-TRIAL (includes
scheduling, discovery, non-dispositive
pre-trial motions and settlement)

____  GENERAL PRE-TRIAL & DISPOSITIVE
MOTION (all purposes except trial)

____  DISPOSITIVE MOTION (i.e., a motion
requiring a Report & Recommendation)

____  SPECIFIC NON-DISPOSITIVE MOTION /
DISPUTE (including discovery dispute) *

_____

_____

____  JURY SELECTION

____  HABEAS CORPUS

_____INQUEST AFTER DEFAULT /

DAMAGES HEARING

____  SOCIAL SECURITY

_x_  SETTLEMENT

____  CONSENT UNDER 28 U.S.C. 636(C)
FOR ALL PURPOSES (including trial)

____  CONSENT UNDER 28 U.S.C. 636(C)
FOR LIMITED PURPOSE OF

_____

_____

Dated: October 2, 2014
White Plains, New York

SO ORDERED:



_____
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd

Rev. 9/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/14