UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
DEWEY R. BOZELLA,                                            **10 CIV 4917 (CS)**

                Plaintiff,              **DEFENDANT'S NOTICE OF MOTION**
-against-                                                    **FOR RECONSIDERATION AND**
                                         **TO REARGUE**
THE COUNTY OF DUTCHESS,

                Defendant.
--------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration and to Reargue and the Affirmation of Patrick T. Burke, Esq., dated October 7, 2014, and the exhibit annexed thereto, at a time and location to be determined, Defendant County of Dutchess will move this Court, pursuant to Local Rule 6.3 for the United States District Court of the Southern District of New York, for an order granting Defendant's Motion for Reconsideration and to Reargue.

      In accordance with Local Rule 6.3, the Plaintiff's opposition to the Defendant's motion is due on October 14, 2014 and Defendant's reply is due on October 16, 2014.

Dated: October 7, 2014
       Goshen, New York

                                              Respectfully submitted,

                                              BURKE, MIELE & GOLDEN

                        By:   /s/ Patrick T. Burke
                                      Patrick T. Burke, Esq. (PB 7471)
                                      Michael K. Burke, Esq. (MB 7554)
                                      Phyllis A. Ingram, Esq. (PI 0650)
                                      Burke, Miele & Golden, LLP
                                      *Attorneys for County of Dutchess*
                                      40 Matthews Street, Suite 209
                                      Post Office Box 216
                                      Goshen, New York 10924
                                      (845) 294-4080