UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
DEWEY R. BOZELLA,                       **10 CIV 4917 (CS)**

                    Plaintiff,            **AFFIRMATION OF**
-against-                                 **PATRICK T. BURKE IN SUPPORT OF**
                                                  **DEFENDANT'S MOTION FOR**
THE COUNTY OF DUTCHESS,           **RECONSIDERATION AND TO**
                                                  **REARGUE**
                    Defendant.
---------------------------------------------------------x

      Patrick T. Burke, Esq., an attorney duly licensed to practice law in the Courts of the State of New York and in the United States District Court for the Southern District of New York, affirms the truth of the following under penalty of perjury:

      1. I am a member of the firm of Burke, Miele & Golden, LLP, the attorneys representing Defendant County of Dutchess in this matter and I am fully familiar with the facts of this case.

      2. This Affirmation is in support of Defendant's Motion for Reconsideration and to Reargue.

      3. Annexed hereto as Exhibit "A" is a true and accurate copy of the Court's ruling of September 23, 2014.

Dated: October 7, 2014
         Goshen, New York

                                                    Respectfully submitted,

                                                    BURKE, MIELE & GOLDEN

                              By:   /s/ Patrick T. Burke
                                                    Patrick T. Burke, Esq. (PB 7471)
                                                    Michael K. Burke, Esq. (MB 7554)
                                                    Phyllis A. Ingram, Esq. (PI 0650)
                                                    Burke, Miele & Golden, LLP
                                                    *Attorneys for County of Dutchess*
                                                    40 Matthews Street, Suite 209
                                                    Post Office Box 216
                                                    Goshen, New York 10924
                                                    (845) 294-4080