**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEWEY R. BOZELLA,

                            Plaintiff,                      **SCHEDULING ORDER**

    -against-                                       10 Civ. 4917 (CS)(JCM)

THE COUNTY OF DUTCHESS, *et al.*,

                            Defendants.
------------------------------------------------------------x

TO ALL PARTIES:

    The Court has scheduled a Settlement Conference for November 3, 2014 at 1:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421. Plaintiff is required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than two business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.

    *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  October 16, 2014
           White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge