AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Bozella | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10 CV 04917 |
| The County of Dutchess, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The County of Dutchess, et al.

Date:   11/11/2014

*Attorney's signature*

Louis M. Freeman - 7567
*Printed name and bar number*

Freeman, Nooter & Ginsberg
75 Maiden Lane, Ste. 503
New York, NY 10038

*Address*

freemefree@aol.com
*E-mail address*

(212) 608-0808
*Telephone number*

(212) 962-9696
*FAX number*