# WILMERHALE

December 3, 2014

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA ECF**

Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and
  United States Courthouse, Room 218
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Bozella v. County of Dutchess,* No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I write on behalf of Plaintiff Dewey R. Bozella and Defendant Dutchess County regarding the Joint Pre-Trial Order that is due today. *See* Dkt. No. 194-1 at 53:2-7. Counsel for the parties have met-and-conferred multiple times this week and jointly request an extension until Tuesday, December 9, 2014 to file the Joint Pre-Trial Order. This is both sides' first request for such an extension.

The parties have agreed to exchange their portions of the Pre-Trial Order by 5:00 p.m. on Friday, December 5, 2014; and to exchange any objections by 5:00 p.m. on Monday, December 8, 2014. Barring any unforeseen circumstances, this will enable our firm to file a Joint Pre-Trial Order on Tuesday, December 9, 2014. This revised schedule will not change any subsequent pre-trial deadlines set by the Court (currently set for December 10 and December 17, *see* Dkt. No. 194-1 at 53:2-7), the January 8, 2015 pre-trial conference, or the January 12, 2015 trial date.

Respectfully submitted,

*/s/ Peter J. Macdonald*

Peter J. Macdonald

cc:   Patrick T. Burke, Esq. (*via email*)
      Michael Burke, Esq. (*via email*)
      Louis M. Freeman, Esq. (*via email*)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington