UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **DEWEY R. BOZELLA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE COUNTY OF DUTCHESS** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) <br> ) <br> ) | No. 10 Civ. 4917 (CS) |

**PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO EXCLUDE DUTCHESS COUNTY'S EXHIBIT YY ("CERTIFIED" COPIES OF CITY OF POUGHKEEPSIE POLICE REPORTS)**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Exclude Dutchess County's Exhibit YY ("Certified" Copies of City of Poughkeepsie Police Reports), and the Omnibus Declaration of Ross E. Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, Dutchess County's opposition to the motion (if any) is due on December 17, 2014.

Dated:    New York, New York                Respectfully submitted,
          December 10, 2014

                                              **WILMER CUTLER PICKERING
          HALE AND DORR LLP**

                                       By: /s/ Peter J. Macdonald
                                              Peter J. Macdonald
                                              Ross E. Firsenbaum
                                              Shauna K. Friedman
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              Tel.: (212) 230-8800
                                              Fax: (212) 230-8888

                                              *Attorneys for Plaintiff Dewey R. Bozella*