UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DEWEY R. BOZELLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 Civ. 4917 (CS) |
| ) | |
| THE COUNTY OF DUTCHESS ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF POLYGRAPH EXAMINATIONS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Exclude Evidence of Polygraph Examinations, and the Omnibus Declaration of Ross E. Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, Dutchess County's opposition to the motion (if any) is due on December 17, 2014.

Dated:    New York, New York         Respectfully submitted,
          December 10, 2014

                                     **WILMER CUTLER PICKERING
                                        HALE AND DORR LLP**

                                     By: <u>/s/ Peter J. Macdonald</u>
                                         Peter J. Macdonald
                                         Ross E. Firsenbaum
                                         Shauna K. Friedman
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         Tel.: (212) 230-8800
                                         Fax: (212) 230-8888

                                     *Attorneys for Plaintiff Dewey R. Bozella*