```
 1                    Grady
 2   was more evidence or less evidence
 3   available to him in 1990 when compared to
 4   1983?
 5        A    No.
 6        Q    Did you, were you in the
 7   courtroom for any of the trials --
 8   withdrawn.
 9             Were you in the courtroom for
10   any part of the 1990 re-trial?
11        A    No.
12        Q    Did there come a time when there
13   were discussions regarding a plea bargain
14   before the verdict in the 1990 trial?
15        A    Yes.
16        Q    Were you involved in those
17   discussions?
18        A    Yes, I was.
19        Q    Okay.
20             How did that discussion begin
21   from your perspective?
22        A    Well, my recollection is that
23   the jury had been out for about 3 days with
24   no verdict, and that I was standing with
25   Bill O'Neill just talking because that's
```

```
 1                      Grady
 2   about all you do when you're waiting for a
 3   verdict, and I believe I was approached by
 4   Mickey Stiman who was the defense attorney
 5   representing Bozella at the time, and he
 6   asked us in light of the apparent
 7   reluctance of the jury to reach a verdict
 8   whether we would consider anything other
 9   than the top charge.
10             I said to him, well, we'll talk
11   about it.  Bill O'Neill and I spoke.  I'm
12   not sure who else was there.  Ed Whitesell
13   may have been there, I'm not sure.  There
14   may have been somebody else.
15             But in any event, the
16   conversation wasn't a very long one.  Bill
17   O'Neill at the end of the conversation was
18   in agreement if the offender admitted to a
19   charge of manslaughter would receive from
20   the Court a sentence that would give him a
21   few more years in prison, that would be
22   acceptable to him.  And I agreed under the
23   circumstances.
24             So that offer was conveyed.
25   Mr. Stiman apparently went to speak to
```

1  Grady

2  Mr. Bozella and came back and said he will
3  not take that plea.  Would you be willing
4  to consider a plea that would result in a
5  time served.
6         And it didn't take Bill O'Neill
7  very long to evaluate that request.  As a
8  matter of fact, he was very emphatic and
9  told us that he would rather see the
10 offender acquitted by a jury than allow him
11 to walk from the courtroom a free man after
12 pleading guilty given the gravity and the
13 seriousness of the offense with which he
14 was charged.  And I did not disagree with
15 his position on that.
16         And that's all I remember about
17 the conversation other than the jury came
18 back shortly thereafter.
19     Q    Who presented the offer to
20 Mr. Stiman?
21     A    I don't recall that.  It could
22 have been me, because I believe I was
23 standing with Bill O'Neill at the time.
24     Q    Do you recall where you were
25 when you presented the offer to him?

1                    Grady

2       A     My recollection is in the
3   hallway. Because our office was literally
4   just feet away from the courtroom.
5       Q     And Mr. O'Neill was with you?
6       A     I believe. I can't say for
7   certain.
8       Q     You're not sure?
9       A     No.
10      Q     Okay.
11            Where was the meeting that you
12  had with Mr. O'Neill before you presented
13  the offer to Mr. Stiman?
14      A     I believe we just, we took a
15  walk into the office, into our office
16  complex, which was really within a short
17  number of feet away and just stood around.
18      Q     Where were you standing?
19      A     Where was I standing in that
20  conversation?
21      Q     Yeah.
22      A     Oh, I don't know.
23      Q     And you don't recall whether
24  there was a third or fourth or fifth person
25  there?

1                    Grady

2         A     No.

3         Q     You just recall it was you and
4    Mr. O'Neill and maybe other people?

5         A     Right.

6         Q     Okay.

7               Did Mr. O'Neill provide you with
8    any kind of summary or information about
9    what evidence was presented during the 1990
10   trial?

11        A     In a plea discussion?

12        Q     Yes.

13        A     No.

14        Q     When you presented the
15   information, the offer to Mr. Stiman, you
16   said you think he went back to see his
17   client?

18        A     I believe so, because the offer
19   was rejected. So unless he had spoken to
20   him previously about a potential offer and
21   knew what his answer would be, I assume
22   that he went back to talk to him.

23        Q     And then he conveyed, he
24   responded to you at some point, correct?

25        A     Mr. Stiman?

1                     Grady

2        Q     Yes.

3        A     Yes.

4        Q     You had conversation with him?

5        A     Sure.

6        Q     Where did that take place?

7        A     I don't recall.  Somewhere in

8    the complex.

9        Q     And who was present during that

10   conversation?

11       A     I have no recollection of that.

12       Q     And what did he say to you?

13       A     We reject the plea, the plea

14   offer.

15       Q     Did he make a counteroffer?

16       A     He wanted us to consider a plea

17   that would result in his client literally

18   receiving a time served sentence.

19       Q     And I think you said you spoke

20   to Bill O'Neill about that counteroffer?

21       A     Yes, yes.

22       Q     Where did that conversation take

23   place?

24       A     I believe it was, I believe it

25   was right in the hallway.

1                    Grady

2       Q     And were all of these
3   conversations so far on the same day, or
4   were they --
5       A     No, it was all within a matter
6   of minutes of each other.
7       Q     Okay.
8             So somewhere in the hall, then
9   you went back to the DA's office, and then
10  you came back to the hallway?
11      A     I believe.  That's my best
12  recollection.
13      Q     Okay.
14            But you're not sure?
15      A     No.
16      Q     Is it your testimony that you
17  rejected the counteroffer?
18      A     We rejected his request that the
19  defendant be allowed to plead guilty to a
20  crime which would result in him basically
21  getting time served.
22      Q     And did you make that, did you
23  convey that to Mr. Stiman?
24      A     That rejection?
25      Q     Yes.

[Page 193]

1                    Grady

2       A    Yes.

3       Q    Was anyone with you when you
4  conveyed that to him?

5       A    I believe Mr. O'Neill was there,
6  but I can't be certain.

7       Q    And where did you convey that to
8  Mr. Stiman?

9       A    I believe it was in the hallway.

10      Q    Did you ever offer a deal to
11 Mr. Bozella or Mr. Stiman that would result
12 in Mr. Bozella's immediate release from
13 prison?

14      A    No.

15      Q    Are you sure?

16      A    I'm quite clear about that,
17 because I know what Mr. O'Neill's position
18 was. He was very vocal about how he felt
19 with regard to the possibility of the
20 defendant pleading guilty and literally
21 getting a time served sentence.

22      Q    Mr. O'Neill reported to you at
23 that time, correct?

24      A    Yes, he did.

25      Q    You certainly have the authority

```
 1                    Grady
 2    to offer a deal that he wouldn't approve
 3    of, correct?
 4         A    Oh, of course.
 5         Q    And you have no recollection of
 6    offering a deal for time served?
 7              MR. BURKE:  Objection.
 8              MR. BURKE:  Objection.
 9         A    I never made that offer.
10         Q    Do you find it odd -- withdrawn.
11              Did you ever make a
12    Serrano-Alford offer to Mr. Bozella?
13         A    No.
14         Q    Did Mr. Stiman?
15         A    No.
16         Q    Did you ever see Mr. Stiman in
17    the District Attorney's Office in
18    connection with the Crapser case?
19         A    During the pendency of that
20    case, did I ever see him in the office?
21         Q    Yes, in connection with the
22    Crapser case.
23         A    I might have.
24         Q    You have no recollection?
25         A    No.
```