[Page 292]

1          O'Neill
2  in other words.  So I said, Okay.  Fine.  I went
3  back and told them, No, there's no plea.
4          Then I'm not sure what happened after
5  that, but I was not involved in any other
6  discussions.  And I didn't offer Mickey any
7  plea, I wouldn't.  And after a while the jury
8  came back and he was acquitted -- I mean, he was
9  convicted.
10     Q.   So to your knowledge?
11     A.   But I've seen what Mickey says, and I
12  don't agree with that.
13     Q.   To your knowledge, no plea was offered
14  by the Dutchess County District Attorney's
15  Office to Mr. Bozella?
16     A.   Not by me or not in my presence.  And
17  if the plea was offered, like Mickey says it
18  was, with time served you walk out the door, I
19  don't know why he didn't take it, because he
20  would have had time to take it before the
21  verdict came in.  So that's stupid, that doesn't
22  make any sense.
23     Q.   Did you see that Mr. Whitesell
24  testified that he believed that a plea was
25  offered?

[Page 293]

1                     O'Neill

2      A.   I don't know what Whitesell believed,

3   but Whitesell was -- he was nothing.  He just

4   was -- I don't know what he was at that time,

5   but he wasn't involved in the Crapser trial.  He

6   wasn't involved -- I saw him say that he was

7   present or something, but I don't know what his

8   recollection is, I don't know what Grady's is,

9   you'd have to ask him, but that's fine.

10     Q.   Do you think Mr. Whitesell lied under

11  oath?

12          MR. MICHAEL BURKE:  Objection.

13     A.   No, I don't think he said anything.

14  What did he say?  He said he was present when

15  there was a discussion about a plea, well, I'm

16  telling you I did have a discussion about a plea

17  with Grady, but my recollection is, he said,

18  It's your call.  And I said fine because I

19  wouldn't go forward in any event.  So I never

20  offered Mickey Stiman a plea while the jury was

21  out.

22     Q.   Have you ever heard of a Serrano

23  Alford plea?

24     A.   Sure.

25     Q.   What is that?