UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEWEY R. BOZELLA,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) No. 10 Civ. 4917 (CS) |
| **THE COUNTY OF DUTCHESS** | ) ) ) |
| **Defendant.** | ) ) ) ) ) ) |

### PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO EXCLUDE HIS PRIOR ARRESTS AND THEIR DISPOSITIONS

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Exclude His Prior Arrests and Their Dispositions, and the Omnibus Declaration of Ross E. Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, the County's opposition to the motion (if any) is due on December 17, 2014.

Dated: New York, New York				Respectfully submitted,
December 10, 2014

                                                  **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Peter J. Macdonald
    Peter J. Macdonald
    Ross E. Firsenbaum
    Shauna K. Friedman
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*