UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **DEWEY R. BOZELLA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 10 Civ. 4917 (CS) |
| ) | |
| **THE COUNTY OF DUTCHESS** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF ALBERT ROSENBLATT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Exclude the Testimony of Albert Rosenblatt, and the Omnibus Declaration of Ross E. Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, the County's opposition to the motion (if any) is due on December 17, 2014.

Dated:    New York, New York               Respectfully submitted,
          December 10, 2014

                                               **WILMER CUTLER PICKERING**
                                                 **HALE AND DORR LLP**

                                            By: /s/ Peter J. Macdonald
                                                    Peter J. Macdonald
                                                    Ross E. Firsenbaum
                                                    Shauna K. Friedman
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, NY 10007
                                                    Tel.: (212) 230-8800
                                                    Fax: (212) 230-8888

                                            *Attorneys for Plaintiff Dewey R. Bozella*