UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEWEY R. BOZELLA,** <br><br> Plaintiff, <br><br> v. <br><br> **THE COUNTY OF DUTCHESS** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 10 Civ. 4917 (CS) |

### PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO PRECLUDE DUTCHESS COUNTY FROM REFERENCING AT TRIAL THE IMPACT OF ANY JUDGMENT ON TAXPAYERS AND THE COUNTY'S ABILITY (OR INABILITY) TO PAY ANY JUDGMENT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Preclude Dutchess County from Referencing at Trial the Impact of Any Judgment on Taxpayers and the County's Ability (or Inability) to Pay Any Judgment, and the Omnibus Declaration of Ross Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, Dutchess County's opposition to the motion (if any) is due on December 17, 2014.

Dated:   New York, New York        Respectfully submitted,
        December 10, 2014

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Peter J. Macdonald
    Peter J. Macdonald
    Ross E. Firsenbaum
    Shauna K. Friedman
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*