UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **DEWEY R. BOZELLA,** )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>**THE COUNTY OF DUTCHESS** )<br>)<br>  Defendant. )<br>)<br>)<br>) | No. 10 Civ. 4917 (CS) |

### PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF MOTION IN LIMINE TO PRECLUDE UNTIMELY OBJECTIONS AND CROSS-DESIGNATIONS TO HIS DEPOSITION DESIGNATIONS

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiff Dewey R. Bozella's Motion in Limine to Preclude Untimely Objections to His Deposition Designations, and the Omnibus Declaration of Ross E. Firsenbaum, dated December 10, 2014, and exhibits thereto, at a time and location to be determined, Plaintiff Dewey R. Bozella will move this Court for an order granting his motion and providing the relief requested therein.

Pursuant to this Court's Order dated September 23, 2014, Dutchess County's opposition to the motion (if any) is due on December 17, 2014.

| | |
|---|---|
| Dated: New York, New York<br>December 10, 2014 | Respectfully submitted,<br><br>**WILMER CUTLER PICKERING<br>HALE AND DORR LLP**<br><br>By: /s/ Peter J. Macdonald<br>Peter J. Macdonald<br>Ross E. Firsenbaum<br>Shauna K. Friedman<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel.: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Attorneys for Plaintiff Dewey R. Bozella* |