# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| ____ | ____ |
| | (212) 608-0808 |
| CHARLENE RAMOS | TELECOPIER (212) 962-9696 |
| OFFICE MANAGER | E-MAIL: FNGLAW@AOL.COM |

December 12, 2014

BY ECF
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: Bozella v. County of Dutchess
10 CV 4917 (CS)

Dear Judge Seibel:

      We write to inform the Court that we were unable to upload the exhibits via ECF for Defendant's Motion in Limine to Preclude the Testimony of Bennett L. Gershman, D.E. 222, due to the file size of the exhibits. We have sent a copy to Chambers via first-class mail and e-mailed an electronic copy to Plaintiff's counsel.

      Respectfully Submitted,

      /s/ Louis M. Freeman

      _____

      Louis M. Freeman

cc (by electronic mail):
    All counsel