**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEWEY R. BOZELLA,

                              Plaintiff,                **SCHEDULING ORDER**

    -against-                                          10 Civ. 4917 (CS)(JCM)

THE COUNTY OF DUTCHESS,

                              Defendant.
-------------------------------------------------------------x

TO ALL PARTIES:

      The Court has scheduled a Settlement Conference for December 23, 2014 at 1:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421. Parties are required to appear.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  December 16, 2014
         White Plains, New York

                                                 **SO ORDERED:**

                                                 _/s/ Judith C. McCarthy_
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge