UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DEWEY R. BOZELLA,                       **10 CIV 4917 (CS)**

           Plaintiff,            **AFFIRMATION OF MICHAEL K.**
                                        **BURKE IN OPPOSITION TO**
         v.                            **PLAINTIFF'S MOTIONS IN LIMINE**
                                        **[DKT. NOS. 210 AND 238]**
THE COUNTY OF DUTCHESS,

           Defendants.
----------------------------------------------------------x

       Michael K. Burke, Esq., an attorney duly licensed to practice law in the Courts of the State of New York and in the United States District Court for the Southern District of New York, affirms the truth of the following under penalty of perjury:

1. I am a member of the firm of Burke, Miele & Golden, LLP, the attorneys representing Defendant the County of Dutchess, in the within matter, and as such, I am fully familiar with the facts of this case.

2. This Affirmation is supported in opposition to Plaintiff's Motions in Limine.

3. Annexed hereto as Exhibit "A" is a true and accurate copy of the deposition notices of Honorable Thomas Dolan, William V. Grady, William J. O'Neill, Bridget Rahilly Steller and Edward Whitesell.

4. Annexed hereto as Exhibit "B" is a true and accurate copy of the record review results of the New York State Division of Criminal Justice Services dated March 17, 2010 [WH-BOZELLA-0023228-0023250].

5. Annexed hereto as Exhibit "C" is a true and accurate copy of Plaintiff's 2005 Parole Decision [WH-BOZELLA-0009774].

Dated: December 17, 2014
   Goshen, New York

              /s/ Michael K. Burke
              Michael K. Burke (MB 7554)
              BURKE, MIELE & GOLDEN, LLP
              *Attorneys for Defendant*
              40 Matthews Street, Suite 209
              P.O. Box 216
              Goshen, New York 10924
              (845) 294-4080