UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEWEY R. BOZELLA,<br><br>        Plaintiff,<br><br>v.<br><br>THE COUNTY OF DUTCHESS and<br>WILLIAM J. O'NEILL,<br><br>        Defendants. | No. 10 Civ. 4917 (CS) (GAY)<br><br>PLAINTIFF DEWEY R.<br>BOZELLA'S NOTICE OF<br>DEPOSITION OF HON. THOMAS<br>DOLAN |

---

### NOTICE OF DEPOSITION OF HON. THOMAS DOLAN

To:   Hon. Thomas Dolan
       c/o Patrick Burke, Esq.
       40 Matthews Street
       Suite 209
       P.O. Box 216
       Goshen, N.Y. 10924

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for plaintiff Dewey R. Bozella will take the deposition upon oral examination of Hon. Thomas Dolan before a person duly authorized to administer oaths, at the office of Wilmer Cutler Pickering Hale and Dorr LLP, Seven World Trade Center, New York, New York 10007. The deposition will begin at 10:30 a.m. on November 15, 2012 and continue thereafter, from day to day, until it is concluded. The deposition will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during the deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature (but such transmission shall be available only to counsel in this action). You are invited to attend and cross-examine.

Dated: New York, New York
October 23, 2012

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        By: /s/ Ross E. Firsenbaum
           Peter J. Macdonald
           Ross E. Firsenbaum
           Shauna K. Friedman
           Craig R. Heeren
           Somil Trivedi
           7 World Trade Center
           250 Greenwich Street
           New York, New York 10007
           Tel.: (212) 230-8800
           Fax: (212) 230-8888

        *Attorneys for Plaintiff Dewey R. Bozella*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWEY R. BOZELLA,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF DUTCHESS and WILLIAM J. O'NEILL,<br><br>Defendants. | No. 10 Civ. 4917 (CS) (GAY)<br><br>PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF DEPOSITION OF WILLIAM V. GRADY |

### NOTICE OF DEPOSITION OF WILLIAM V. GRADY

To: Patrick Burke, Esq.
40 Matthews Street
Suite 209
P.O. Box 216
Goshen, N.Y. 10924

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for plaintiff Dewey R. Bozella will take the deposition upon oral examination of William V. Grady before a person duly authorized to administer oaths, at the office of Wilmer Cutler Pickering Hale and Dorr LLP, Seven World Trade Center, New York, New York 10007. The deposition will begin at 9:30 a.m. on August 23, 2012 and continue thereafter, from day to day, until it is concluded. The deposition will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during the deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature (but such transmission shall be available only to counsel in this action). You are invited to attend and cross-examine.

Dated: New York, New York
July 20, 2012

                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

By: /s/ Ross E. Firsenbaum
    Peter J. Macdonald
    Ross E. Firsenbaum
    Shauna K. Friedman
    Craig R. Heeren
    Somil Trivedi
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEWEY R. BOZELLA, <br><br> Plaintiff, <br><br> v. <br><br> THE COUNTY OF DUTCHESS and WILLIAM J. O'NEILL, <br><br> Defendants. | No. 10 Civ. 4917 (CS) (GAY) <br><br> PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF DEPOSITION OF WILLIAM J. O'NEILL |

## NOTICE OF DEPOSITION OF WILLIAM J. O'NEILL

To:  Patrick Burke, Esq.
     40 Matthews Street
     Suite 209
     P.O. Box 216
     Goshen, N.Y. 10924

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for plaintiff Dewey R. Bozella will take the deposition upon oral examination of William J. O'Neill before a person duly authorized to administer oaths, at the office of Wilmer Cutler Pickering Hale and Dorr LLP, Seven World Trade Center, New York, New York 10007. The deposition will begin at 9:30 a.m. on August 21, 2012 and continue thereafter, from day to day, until it is concluded. The deposition will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during the deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature for real time viewing by counsel (but such transmission shall be available only to counsel in this action). You are invited to attend and cross-examine.

Dated: New York, New York
July 20, 2012

                                        WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                  By: /s/ Ross E. Firsenbaum
                                      Peter J. Macdonald
                                      Ross E. Firsenbaum
                                      Shauna K. Friedman
                                      Craig R. Heeren
                                      Somil Trivedi
                                      7 World Trade Center
                                      250 Greenwich Street
                                      New York, New York 10007
                                      Tel.: (212) 230-8800
                                      Fax: (212) 230-8888

                                      *Attorneys for Plaintiff Dewey R. Bozella*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS and
WILLIAM J. O'NEILL,

    Defendants.

No. 10 Civ. 4917 (CS) (GAY)

PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF DEPOSITION OF BRIDGET RAHILLEY STELLER

---

### NOTICE OF DEPOSITION OF BRIDGET RAHILLEY STELLER

To:    Patrick Burke, Esq.
        40 Matthews Street
        Suite 209
        P.O. Box 216
        Goshen, N.Y. 10924

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for plaintiff Dewey R. Bozella will take the deposition upon oral examination of Bridget Rahilley Steller before a person duly authorized to administer oaths, at the office of Wilmer Cutler Pickering Hale and Dorr LLP, Seven World Trade Center, New York, New York 10007. The deposition will begin at 9:30 a.m. on October 3, 2012 and continue thereafter, from day to day, until it is concluded. The deposition will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during the deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature (but such transmission shall be available only to counsel in this action). You are invited to attend and cross-examine.

Dated: New York, New York
       August 24, 2012

                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

                                         By: /s/ Ross E. Firsenbaum
                                               Peter J. Macdonald
                                               Ross E. Firsenbaum
                                               Shauna K. Friedman
                                               Craig R. Heeren
                                               Somil Trivedi
                                               7 World Trade Center
                                               250 Greenwich Street
                                               New York, New York 10007
                                               Tel.: (212) 230-8800
                                               Fax: (212) 230-8888

                                             *Attorneys for Plaintiff Dewey R. Bozella*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWEY R. BOZELLA,<br><br>         Plaintiff,<br><br>    v.<br><br>THE COUNTY OF DUTCHESS and WILLIAM J. O'NEILL,<br><br>         Defendants. | No. 10 Civ. 4917 (CS) (GAY)<br><br>PLAINTIFF DEWEY R. BOZELLA'S NOTICE OF DEPOSITION OF EDWARD WHITESELL |

## NOTICE OF DEPOSITION OF EDWARD WHITESELL

To: Patrick Burke, Esq.
40 Matthews Street
Suite 209
P.O. Box 216
Goshen, N.Y. 10924

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for plaintiff Dewey R. Bozella will take the deposition upon oral examination of Edward Whitesell before a person duly authorized to administer oaths, at the office of Wilmer Cutler Pickering Hale and Dorr LLP, Seven World Trade Center, New York, New York 10007. The deposition will begin at 9:30 a.m. on July 18, 2012 and continue thereafter, from day to day, until it is concluded. The deposition will be recorded by both stenographic means and audiovisual recording. LiveNote will be used during the deposition, and the transcript and video recording of the deposition may be transmitted through LiveNote's web streaming feature for real time viewing by counsel. You are invited to attend and cross-examine.

Dated: New York, New York
June 19, 2012

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

By: /s/ Ross E. Firsenbaum
    Peter J. Macdonald
    Ross E. Firsenbaum
    Shauna K. Friedman
    Craig R. Heeren
    Somil Trivedi
    399 Park Avenue
    New York, NY 10022
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

*Attorneys for Plaintiff Dewey R. Bozella*