

**New York State Division of Criminal Justice Services**
**4 Tower Place**
**Albany, New York 12203-3702**



| | |
|---|---|
| **Date:** | March 17, 2010 |
| **To:** | DEWBY R BOVELLA |
| | 56 NORTH LOCK KEY WOOD ROAD C |
| | BEACON, NY 12508 |
| **From:** | Division of Criminal Justice Services |
| | Identification & Special Services Group |
| | Record Review and Challenge Unit |
| **Subject:** | RECORD REVIEW RESULTS |

A search of the Division of Criminal Justice Services' (DCJS) files, using the fingerprint impressions submitted with your record review request, has resulted in an identification to a New York State case/criminal history report under NYSID number 4016446L. A copy of the full report is enclosed. This report includes all non-criminal and/or criminal history information maintained on file by DCJS that pertains to you.

A second search of sealed records, based solely on the personal descriptive data you provided, has also been performed. If that search resulted in a possible identification, the resulting sealed criminal history information has been appended to the fingerprint-based search result. Note that the sealed information, if included, is provided to you in accordance with subsection 2 of Criminal Procedure Law 160.50 and is only based on a search of the personal descriptive information you provided. This sealed information is not to be regarded as a positive identification because it is not the result of a fingerprint search. DCJS disseminates sealed information only where authorized by law to do so.

The fingerprint card submitted with your request is enclosed. If you wish to challenge the accuracy or completeness of any information contained in your New York State case/criminal history report, please refer to the enclosed **Help Us Help You** document and complete the enclosed Statement of Challenge form. If you choose to challenge, please return the challenge form, the enclosed fingerprint card, and any supporting documentation to the attention of the Record Review and Challenge Unit at the above address. Please note that DCJS cannot modify any data without written authorization from the reporting agency.

If your report is modified as a result of a successful challenge, a new copy of your New York State case/criminal history report will be mailed to you. If you have any questions, please write the Record Review and Challenge Unit at the above address, or telephone (518) 485-7675.

1

**Confidential Subject to Protective Order**                              WH-BOZELLA-0023228

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

\* See Additional Information at the bottom of this response for more banners pertaining to the criminal history

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

**Violent Felony offense(s) on file**

**Wanted Information included in this record.**

---

## ♀ Identification Information                                                    ⬆



Name:
DEWEY RADAR BOZELLA    DEWEY R BOZELLA
DEWEY R BOZILLA        DEWEY R DOZELLA
DEWEY R BOVELLA        DEWEY BOZELL
DEWEY RADAR BOZEBLA    DEWEY RADIAR BOZELLA
DEWSY BOZELLA          MR DEWEY R BOZELLA

Date of Birth:
Apr 20, 1959    Apr 20, 1959    Feb 20, 1959

Place of Birth:
New York    New York    Unknown

Civil Image
Date January 19, 2010

Address:
241 SMITH ST, POUGHKEEPSIE, NY
NY
144-55 208TH ST, QUEENS, NY
196 MAIN ST, POUGHKEEPSIE, NY
114-55 208TH ST, QUEENS, NY
141 N HAMILTON ST, POUGHKEEPSIE, NY
114 19 208 ST, BRONX, NY
56 NORTH LOCK KEY WOOD ROAD C, BEACON, NY 12508
24 SMITH ST, POUGHKEEPSIE, NY
29A CHELSEA RD, WAPPINGERFALLS, NY
29A CHELSEA RDG, WAPPINGERS FALLS, NY
440 BEACH 54 ST, FAR RCKWAY, NY
54 N LOCKERWOOD RD, BEACON, NY 12508
69 GLENWOOD AVE, NEW YORK, NY
81 ACADEMY ST, POUGHKEEPSIE, NY
DUTCHESS CTY, POUGHKEEPSIE, NY
MART LT DR KG APT, POUGHKEEPSIE, NY

---

| Sex: | Race: | Ethnicity: | SkinTone: |
|------|-------|-----------|-----------|
| Male | Black | Hispanic | Medium/Dark/Light |
| Eye Color: | Hair Color: | Height: | Weight: |
| Brown | Black | 6' 01" | 200 |

2

Confidential Subject to Protective Order

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

SSN:
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  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  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
NYSID#:    FBI#:      NCIC Classification:
04016446L  884979P10    1606AATT041207AATT03
III status: Criminal record in NYS only

US Citizen:

## ◔ Summary Information

Name:           DEWEY RADAR BOZELLA       Total Arrests:      19
Date of Earliest Arrest: June 21, 1976           Date of Last Arrest: April 07, 1983

| Total Arrests Charges: | 25 |
|---|---|
| Felony: | 12 |
| Violent Felony: | 5 |
| Firearm: | 0 |
| Misdemeanor: | 12 |
| Other: | 1 |

| Total Convictions: | 8 |
|---|---|
| Felony: | 1 |
| Violent Felony: | 1 |
| Firearm: | 0 |
| Misdemeanor: | 6 |
| Other: | 1 |
| YO Adjudication(s): | 2 |

| Warrant Information: | | Revocation Counts: | | Miscellaneous: | |
|---|---|---|---|---|---|
| Failure to Appear Counts: | 3 | Probation: | 0 | Escape Charges: | 0 |
| Open Warrants: | 1 | Parole: | 0 | Sex Offender Convictions: | 0 |

## ◔ NYS Criminal History Information

### ⬇ Cycle 19 ⬆

#### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: April 07, 1983 02:15 pm (14:15:00)

Name:                  DEWEY RADAR BOZELLA
Date of Birth:            April 20, 1959
Sex:                   Male
Race:                  Black
SSN:                   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
Age at time of crime/arrest: 18
Address:                NY
Fax Number              241
Place of Arrest:          City of Poughkeepsie, Dutchess County , NY
Arrest Type:             Warrant
Date of Crime:           June 15, 1977
Place of Crime:          City of Poughkeepsie, Dutchess County , NY

3

Confidential Subject to Protective Order

WH-BOZELLA-0023230

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Criminal Justice
   Tracking No.:     08489109R
   Arresting Agency:   Poughkeepsie City Police Department
   Arresting Officer ID:  12
   Arrest Number:   00B13935
   Arrest Charges:
    --  Murder:Intention
         PL 125.25  Sub 01    Class A   Felony Degree 2   NCIC 0999

## Court Case Information

-- Court: Poughkeepsie City Court  Case Number: 82841
    April 07, 1983
    **Arraigned**
    -- Murder:Intention
       PL 125.25  Sub 01   Class A  Felony  NCIC 0999

    April 07, 1983
    **Initial Report Of Docket Number**

    April 07, 1983
    **Held For Grand Jury**
    -- Murder:Intention
       PL 125.25  Sub 01   Class A  Felony  NCIC 0999

   November 13, 2009
   **Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

-- Court:  Dutchess County Court  Case Number: 0102-83
   June 09, 1989
   **Initial Report Of Docket Number**
    -- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
       PL 125.25  Sub 03        Class A    Felony    NCIC 0999
    -- Murder:Intention
       PL 125.25  Sub 01        Class A    Felony    NCIC 0999

   December 13, 1990
   **Convicted Upon Verdict After Trial On Unspecified Charges, Sentence Pending**

   October 28, 2009
   **Plea/Verdict Vacated**

4

Confidential Subject to Protective Order

WH-BOZELLA-0023231

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

October 28, 2009
**Dismissed**
-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
    PL 125.25  Sub 03                    Class A         Felony         NCIC 0999
-- Murder:Intention
    PL 125.25  Sub 01     Class A  Felony  NCIC 0999

November 13, 2009
**Sealed Upon Non-Criminal Conviction CPL160.55**

November 13, 2009
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Incarceration Admission Information**

Admission Date:       January 11, 1984
Admission Reason:  New Commitment
Agency:                   NYS DOCS Downstate Correctional Facility
State Inmate ID No.:  84A0172
Sentence to:            Term: 20 Year(s) to Life
Max Expiration Date: LIFE
Inmate Name:          DEWEY RADAR BOZELLA
Admission Charges:
-- Murder 2nd Degree: With Intent
    PL 125.25     Class A   Felony Degree 2   NCIC 0999

**Incarceration Release Information**

Release Date:         June 19, 1990
Release Reason:      Court-Ordered Discharge (COD)
Agency:                  NYS DOCS Downstate Correctional Facility
Inmate ID Number: 84A0172

**Incarceration Admission Information**

Admission Date:       May 28, 1991
Admission Reason:   Return from COD (Court-Ordered Discharge)
Agency:                   NYS DOCS Downstate Correctional Facility
State Inmate ID No.:  84A0172
Sentence to:            Term: 20 Year(s) to Life
Max Expiration Date: LIFE
Inmate Name:          DEWEY RADAR BOZELLA

5

Confidential Subject to Protective Order

WH-BOZELLA-0023232

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Admission Charges:
-- Murder 2nd Degree: With Intent
    PL 125.25    Class A  Felony Degree 2   NCIC 0999

**Incarceration Release Information**

Release Date:    October 26, 2009
Release Reason:    Court-Ordered Discharge (COD)
Agency:    NYS DOCS Downstate Correctional Facility
Inmate ID Number: 84A0172

---

## ⬇ Cycle 18 ⬆

**Arrest/Charge Information**
Arrest Date: March 09, 1983 01:45 am (01:45:00)

Name:    DEWEY R BOZILLA
Date of Birth:    April 20, 1959
Sex:    Male
Race:    Black
SSN:    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
Age at time of crime/arrest: 23
Address:    440 BEACH 54 ST, FAR RCKWAY, NY
Fax Number    13309
Place of Arrest:    New York County, NY
Date of Crime:    March 09, 1983
Place of Crime:    New York County, NY
Criminal Justice
    Tracking No.:    08593569Q
Arresting Agency:    Port Authority NY-NJ Police Department
Arresting Officer ID:    024478
Arrest Number:    01419950
Arrest Charges:
-- Criminal Trespass-3rd Degree
    PL 140.10    Class B  Misdemeanor Degree 3  NCIC 5707

**Court Case Information**

-- Court:  New York County Criminal Court   Case Number: 3N022750
    March 10, 1983
    **Convicted Upon Plea Of Guilty**
    -- Criminal Trespass-3rd Degree
        PL 140.10   Class B  Misdemeanor  NCIC 5707

        **In Full Satisfaction of:**
        -- Disorderly Conduct
           PL 240.20     Violation NCIC 5311

        -- Loitering

6

Confidential Subject to Protective Order

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

PL 240.35   &nbsp  ViolationNCIC 5399

Sentenced to: Conditional discharge  Sentence Date: March 10, 1983

---

## ⬇ Cycle 17 ⬆

**Arrest/Charge Information**
Arrest Date: February 25, 1983 03:35 am (03:35:00)

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | April 20, 1959 |
| Sex: | Male |
| Race: | Black |
| SSN: | 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 |
| Age at time of crime/arrest: | 23 |
| Address: | 114 19 208 ST, BRONX, NY |
| Fax Number: | 6111 |
| Place of Arrest: | New York County, NY |
| Arrest Type: | Unknown |
| Date of Crime: | February 25, 1983 |
| Place of Crime: | New York County, NY |
| Criminal Justice Tracking No.: | 08228188P |
| Arresting Agency: | Amtrak Railroad Police Department |
| Arresting Officer ID: | 423188 |
| Arrest Number: | 01416992 |
| Arrest Charges: | |

-- Public Lewdness

　　　PL 245.00     Class B   Misdemeanor Degree 0   NCIC 3605

**Court Case Information**

-- Court:  New York County Criminal Court   Case Number:  3N025372

　　　March 18, 1983

　　　**Bench Warrant Issued**

---

## ⬇ Cycle 16 ⬆

### * Cycle may not be supported by fingerprints

**Arrest/Charge Information**
Arrest Date: February 15, 1983 11:00 pm (23:00:00)

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | February 20, 1959 |
| Sex: | Male |

7

Confidential Subject to Protective Order

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Race:                Black
SSN:                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
Age at time of crime/arrest: 23
Address:           DUTCHESS CTY, POUGHKEEPSIE, NY
Fax Number        8747
Place of Arrest:     New York County, NY
Date of Crime:      February 15, 1983
Place of Crime:     New York County, NY
Criminal Justice
   Tracking No.:      08121554Y
Arresting Agency:   Port Authority NY-NJ Police Department
Arresting Officer ID:  22057
Arrest Number:     01413246
Arrest Charges:
   -- Possession Forged Instrument-2nd Degree
       PL 170.25     Class D    Felony Degree 2    NCIC 2506

   -- Loiter/Sleep in Transportation Facility-No Satisfactory Explanation
       PL 240.35  Sub 07          Violation Degree 0        NCIC 5399

## Court Case Information

-- Court:  New York County Criminal Court   Case Number: 3N015699
     February 15, 1983
     Not Arraigned
      -- Possession Forged Instrument-2nd Degree
        PL 170.25     Class D    Felony    NCIC 2506
      -- Loiter/Sleep in Transportation Facility-No Satisfactory Explanation
        PL 240.35  Sub 07          Violation     NCIC 5399


     February 17, 1983
     Dismissed
      -- Possession Forged Instrument-3rd Degree
        PL 170.20     Class A   Misdemeanor   NCIC 2506


     February 17, 1983
     **Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

## ⬇ Cycle 15 ⬆

**Arrest/Charge Information**
Arrest Date: July 24, 1982 01:05 am (01:05:00)

     Name:             DEWEY RADAR BOZELLA
     Date of Birth:     April 20, 1959
     Sex:               Male

Confidential Subject to Protective Order                               **WH-BOZELLA-0023235**

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Race:                           Black
SSN:                            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
Age at time of crime/arrest:    23
Address:                        24 SMITH ST, POUGHKEEPSIE, NY
Fax Number                      934
Place of Arrest:                City of Poughkeepsie, Dutchess County , NY
Arrest Type:                    Unknown
Date of Crime:                  July 24, 1982
Place of Crime:                 City of Poughkeepsie, Dutchess County , NY
Criminal Justice
   Tracking No.:                04762092M
Arresting Agency:               Poughkeepsie City Police Department
Arresting Officer ID:           85
Arrest Number:                  00B13935
Arrest Charges:
   -- Petit Larceny
        PL 155.25     Class A   Misdemeanor Degree 0   NCIC 2303
   -- Resisting Arrest
        PL 205.30     Class A   Misdemeanor Degree 0   NCIC 4801

## Court Case Information

-- Court:  Poughkeepsie City Court   Case Number: 80996-80
        August 05, 1982
        Convicted Upon Plea Of Guilty
           -- Resisting Arrest
              PL 205.30    Class A  Misdemeanor  NCIC 4801
                    In Full Satisfaction of:
                    -- Petit Larceny
                        PL 155.25   Class A  Misdemeanor NCIC 2303

Sentenced to: Term: 90 Day(s)  Sentence Date: August 05, 1982

## Incarceration/Supervision Information

### Incarceration Admission Information

Admission Date:            July 24, 1982
Admission Reason:          Sentenced, Initial Entry; Unknown Type or Level
Agency:                    Dutchess County Jail
Inmate ID Number:          86007
Sentence to:               Term: 90 Day(s)
Max Expiration Date:       October 22, 1982
Conditional Release Date:  September 21, 1982
Inmate Name:               DEWEY RADAR BOZELLA
Admission Charges:
   -- Petit Larceny

9

Confidential Subject to Protective Order                                    WH-BOZELLA-0023236

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

PL 155.25     Class A   Misdemeanor Degree 0   NCIC 2399

---

## ⇩ Cycle 14 ⇧

**\* Cycle may not be supported by fingerprints**

**Arrest/Charge Information**
Arrest Date: June 07, 1982 11:02 pm (23:02:00)

| | |
|---|---|
| Name: | DEWBY RADAR BOZELLA |
| Date of Birth: | April 20, 1959 |
| Sex: | Male |
| Race: | Black |
| SSN: | 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 |
| Age at time of crime/arrest: | 23 |
| Address: | 241 SMITH ST, POUGHKEEPSIE, NY |
| Place of Arrest: | City of Beacon, Dutchess County , NY |
| Arrest Type: | Other |
| Date of Crime: | June 07, 1982 |
| Place of Crime: | City of Beacon, Dutchess County , NY |
| Criminal Justice Tracking No.: | 06537656L |
| Arresting Agency: | Beacon City Police Department |
| Arresting Officer ID: | 38 |
| Arrest Number: | 00021030 |

Arrest Charges:
-- Possession Stolen Property-1st Degree
   PL 165.50    Class D   Felony Degree 1    NCIC 2804

**Court Case Information**

-- Court:  Beacon City Court   Case Number: 175
   June 22, 1982
   **Dismissed**
   -- Possession Stolen Property-1st Degree
      PL 165.50        Class D     Felony     NCIC 2804

   June 22, 1982
   **Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

---

## ⇩ Cycle 13 ⇧

**\* Cycle may not be supported by fingerprints**

**Arrest/Charge Information**
Arrest Date: January 23, 1982 11:50 am (11:50:00)

10

Confidential Subject to Protective Order

WH-BOZELLA-0023237

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Name:                           DEWEY RADAR BOZEELA
Date of Birth:                  April 20, 1959
Sex:                            Male
Race:                           Black
SSN:                            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
Age at time of crime/arrest:    22
Address:                        241 SMITH ST, POUGHKEEPSIE, NY
Place of Arrest:                Town of Amenia, Dutchess County , NY
Arrest Type:                    Other
Date of Crime:                  January 23, 1982
Place of Crime:                 Town of Amenia, Dutchess County , NY
Criminal Justice
   Tracking No.:                04607033J
Arresting Agency:               Dutchess County Sheriff Department
Arresting Officer ID:           31
Arrest Number:                  00071383
Arrest Charges:
   --  Obstruct Governmental Administration
       PL 195.05     Class A   Misdemeanor Degree 0   NCIC 5099


**Court Case Information**

-- Court:  Amenia Town Court   Case Number:  10020003
       January 23, 1982
       **Arraigned**
          --  Obstruct Governmental Administration
              PL 195.05     Class A   Misdemeanor   NCIC 5099



       January 23, 1982
       **Initial Report Of Docket Number**



       April 12, 1982
       **Convicted Upon Plea Of Guilty**
          --  Disorderly Conduct
              PL 240.20     Violation NCIC 5311
                 **Reduced From:**
                 --  Obstruct Governmental Administration
                     PL 195.05     Class A   Misdemeanor   NCIC 5099

       Sentenced to: Term: 3 Day(s)  Sentence Date: April 12, 1982



       April 12, 1982
       **Sealed Upon Non-Criminal Conviction CPL160.55**

11

Confidential Subject to Protective Order

WH-BOZELLA-0023238

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

## ⇩ Cycle 12 ⇧

**Arrest/Charge Information**
Arrest Date: April 29, 1981

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | April 20, 1959 |
| Sex: | Male |
| Race: | Black |
| SSN: | 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 |
| Age at time of crime/arrest: | 22 |
| Address: | MART LT DR KG APT, POUGHKEEPSIE, NY |
| Fax Number | 554 |
| Place of Arrest: | City of Poughkeepsie, Dutchess County , NY |
| Arrest Type: | Warrant |
| Date of Crime: | |
| Place of Crime: | City of Poughkeepsie, Dutchess County , NY |
| Criminal Justice Tracking No.: | 06164867M |
| Arresting Agency: | Poughkeepsie City Police Department |
| Arresting Officer ID: | 61 |
| Arrest Number: | B13935 |
| Arrest Charges: | |

-- Burglary-3rd Degree: Illegal Entry with Intent to Commit a Crime

PL 140.20        Class D        Felony Degree 3        NCIC 2202

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 7825Y
   May 15, 1981
   **Convicted Upon Plea Of Guilty**
   -- Criminal Trespass-3rd Degree
       PL 140.10   Class B  Misdemeanor NCIC 5707

   **Sentenced to:** Term: 90 Day(s)  Sentence Date: May 15, 1981

---

## ⇩ Cycle 11 ⇧

**Violent Felony Offense**

**Arrest/Charge Information**
Arrest Date: August 01, 1979

| | |
|---|---|
| Name: | DEWEY R DOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Fax Number | 14137 |

12

Confidential Subject to Protective Order          WH-BOZELLA-0023239

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

Place of Arrest:        Queens County, NY
Date of Crime:          August 01, 1979
Place of Crime:         Queens County, NY
Criminal Justice
    Tracking No.:       04119898J
Arresting Agency:       NYCPD PCT 105
Arrest Number:          10518474
Arrest Charges:

-- Robbery-2nd:Aided By Another
    PL 160.10  Sub 01       Class C  Felony Degree 2   NCIC 1299

-- Criminal Possession Stolen Property:Value Greater Than $250
    PL 165.45  Sub 01           Class E    Felony Degree 2        NCIC 2804

-- Criminal Possession Weapon-4th:Firearm/Weapon
    PL 265.01  Sub 01       Class A   Misdemeanor Degree 4   NCIC 5212


## Court Case Information

-- Court:  Queens County Supreme Court    Case Number: 146479
        January 10, 1980
        Convicted Upon Plea Of Guilty
        -- Attempted Robbery-2nd Degree
            PL 160.10    Class D   Felony   NCIC 1299
        Sentenced to: Term: 3 Year(s)  Sentence Date: January 10, 1980


## Incarceration/Supervision Information

### Incarceration Admission Information

Admission Date:        January 22, 1980
Admission Reason:      New Commitment
Agency:                NYS DOCS Elmira Reception Center
State Inmate ID No.:   80B0099
Sentence to:           Term: 3 Year(s)
Max Expiration Date:
Inmate Name:           DEWEY RADAR BOZELLA
Admission Charges:
    -- Attempted Robbery-2nd Degree
        PL 160.10    Class D  Felony Degree 2   NCIC 1299


### Incarceration Release Information

Release Date:        July 27, 1981
Release Reason:      Other Release (other agency or unspecified)
Agency:              NYS DOCS Elmira Reception Center
Inmate ID Number:    80B0099

13

Confidential Subject to Protective Order

WH-BOZELLA-0023240

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

**Parole Release Information**

Received by Parole on: July 27, 1981
Release Type:          Initial Release to Parole
Max Expiration Date:   July 27, 1982
Supervision Office:    Poughkeepsie
Parole ID Number:      80B0099
Name:                  DEWEY RADAR BOZELLA

**Parole Discharge Information**

Discharged from Parole on: July 27, 1982
Discharge Type:        Maximum Expiration
Parole ID Number:      80B0099

---

## ⬇ Cycle 10 ⬆

**Arrest/Charge Information**
Arrest Date: December 18, 1978

Name:              DEWEY RADAR BOZELLA
Date of Birth:
Sex:               Male
Race:              Black
Address:           196 MAIN ST, POUGHKEEPSIE, NY
Fax Number         1450
Place of Arrest:   City of Poughkeepsie, Dutchess County , NY
Date of Crime:     December 18, 1978
Place of Crime:    City of Poughkeepsie, Dutchess County , NY
Criminal Justice
   Tracking No.:   04543725R
Arresting Agency:  Poughkeepsie City Police Department
Arrest Number:     B13935
Arrest Charges:
-- Petit Larceny
    PL 155.25     Class A   Misdemeanor Degree 0   NCIC 2399

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 72737
       March 01, 1979
       **Convicted Upon Plea Of Guilty**
       --  Petit Larceny
           PL 155.25    Class A  Misdemeanor  NCIC 2399
    Sentenced to: Term: 60 Day(s)  Sentence Date: March 01, 1979

---

## ⬇ Cycle 9 ⬆

14

Confidential Subject to Protective Order                                    WH-BOZELLA-0023241

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

**Arrest/Charge Information**
Arrest Date: August 23, 1978

| | |
|---|---|
| Name: | DEWEY RADIAR BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 141 N HAMILTON ST, POUGHKEEPSIE, NY |
| Fax Number | 963 |
| Place of Arrest: | City of Poughkeepsie, Dutchess County , NY |
| Date of Crime: | |
| Place of Crime: | City of Poughkeepsie, Dutchess County , NY |
| Criminal Justice Tracking No.: | 04794678Q |
| Arresting Agency: | Poughkeepsie City Police Department |
| Arrest Number: | B13935 |
| Arrest Charges: | |
| -- Petit Larceny | |
| PL 155.25 | Class A   Misdemeanor Degree 0   NCIC 2399 |

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 72035
      August 23, 1978
      **Initial Report Of Docket Number**

-- Court:  Poughkeepsie City Court   Case Number: 72035-78
      March 01, 1979
      **Convicted Upon Plea Of Guilty**
      -- Petit Larceny
        PL 155.25   Class A  Misdemeanor  NCIC 2399

    Sentenced to: Term: 60 Day(s)   Sentence Date: March 01, 1979

---

## ⇩ Cycle 8 ⇧

**Arrest/Charge Information**
Arrest Date: June 29, 1978

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 81 ACADEMY ST, POUGHKEEPSIE, NY |
| Fax Number | 746 |
| Place of Arrest: | City of Poughkeepsie, Dutchess County , NY |
| Date of Crime: | June 29, 1978 |

15

Confidential Subject to Protective Order

WH-BOZELLA-0023242

Place of Crime:    City of Poughkeepsie, Dutchess County , NY
Criminal Justice
    Tracking No.:    02800744Z
Arresting Agency:    Poughkeepsie City Police Department
Arrest Number:    B13935
Arrest Charges:
-- Possession Of Burglar Tools
    PL 140.35    Class A   Misdemeanor Degree 0   NCIC 2206

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 71614
    August 24, 1978
    **Convicted Upon Plea Of Guilty**
    -- Possession Of Burglar Tools
        PL 140.35    Class A   Misdemeanor   NCIC 2206
    Sentenced to: Probation: 34 Month(s)   Sentence Date: August 24, 1978
        Term: 60 Day(s)

---

## ⬇ Cycle 7 ⬆

### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: July 01, 1977

Name:    DEWEY RADAR BOZELLA
Date of Birth:
Sex:    Male
Race:    Black
Address:    NY
Fax Number:    746
Place of Arrest:    City of New York, NY
Date of Crime:    June 14, 1977
Place of Crime:    City of Poughkeepsie, Dutchess County , NY
Criminal Justice
    Tracking No.:    01573800P
Arresting Agency:    Poughkeepsie City Police Department
Arrest Number:    B-13935
Arrest Charges:
-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
    PL 125.25  Sub 03          Class A      Felony Degree 2          NCIC 0999

**Court Case Information**

16

Confidential Subject to Protective Order

WH-BOZELLA-0023243

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

-- Court:  Poughkeepsie City Court   Case Number:  69381
     July 01, 1977
     **Initial Report Of Docket Number**

---

## ⬇ Cycle 6 ⬆

**Youthful Offender.**

**Arrest/Charge Information**
Arrest Date: June 30, 1977

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 114-55 208TH ST, QUEENS, NY |
| Fax Number | 10781 |
| Place of Arrest: | Queens County, NY |
| Date of Crime: | June 30, 1977 |
| Place of Crime: | Queens County, NY |
| Criminal Justice | |
|   Tracking No.: | 03698232R |
| Arresting Agency: | NYCPD PCT 105 |
| Arrest Number: | 10516376 |
| Arrest Charges: | |

  --  Grand Larceny:Value Of Property Greater Than $250
       PL 155.30  Sub 01     Class E    Felony Degree 3    NCIC 2399

**Court Case Information**

-- Court:  Queens County Criminal Court   Case Number: Q717997
     June 30, 1977
     **Not Arraigned**
     --  Grand Larceny:Value Of Property Greater Than $250
        PL 155.30  Sub 01     Class E    Felony    NCIC 2399

     July 13, 1977
     **Bench Warrant Issued**

     September 15, 1977
     **Returned On Warrant**

     October 11, 1977

Confidential Subject to Protective Order

WH-BOZELLA-0023244

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

**Adjudicated Youthful Offender**
-- Attempted Petit Larceny
    PL 155.25   Class B  Misdemeanor  NCIC 2399
      **In Full Satisfaction of:**
      -- Attempted Grand Larceny-3rd Degree
          PL 155.30   Class A  Misdemeanor NCIC 2399

      -- Attempted Possession Stolen Property-3rd Degree
          PL 165.40   Class B  Misdemeanor  NCIC 2804

**Sentenced to: Term: 90 Day(s)  Sentence Date:**

---

## ⬇ Cycle 5 ⬆

### Violent Felony Offense

### Youthful Offender.

**Arrest/Charge Information**
Arrest Date: June 19, 1977

| | |
|---|---|
| Name: | DEWSY BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Fax Number | 32639 |
| Place of Arrest: | New York County, NY |
| Date of Crime: | June 19, 1977 |
| Place of Crime: | City of New York, NY |
| Criminal Justice | |
| Tracking No.: | 03810961H |
| Arresting Agency: | NYCPD Headquarters |
| Arrest Number: | 01408564 |

Arrest Charges:
-- Assault -2nd Degree
    PL 120.05   Class D  Felony Degree 2  NCIC 1399
-- Robbery-3rd Degree
    PL 160.05   Class D  Felony Degree 3  NCIC 1299

**Court Case Information**

-- Court:  New York County Criminal Court   Case Number: N743646
    June 19, 1977
    **Not Arraigned**

Confidential Subject to Protective Order

WH-BOZELLA-0023245

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

-- Assault -2nd Degree
  PL 120.05    Class D  Felony  NCIC 1399

-- Robbery-3rd Degree
  PL 160.05    Class D  Felony  NCIC 1299


August 04, 1977
**Bench Warrant Issued**


September 16, 1977
**Returned On Warrant**


September 30, 1977
**Adjudicated Youthful Offender**
-- Attempted Petit Larceny
  PL 155.25    Class B  Misdemeanor  NCIC 2399

  **In Full Satisfaction of:**
  -- Attempted Robbery-3rd Degree
    PL 160.05   Class E  Felony NCIC 1299

  -- Attempted Grand Larceny-3rd Degree
    PL 155.30   Class A  Misdemeanor NCIC 2399

Sentenced to: Term: 45 Day(s)  Sentence Date:


**Incarceration/Supervision Information**

**Incarceration Admission Information**

Admission Date:        October 04, 1977
Admission Reason:      Sentenced, Initial Entry; Unknown Type or Level
Agency:                NYC DOCS Correctional Institute for Men
Inmate ID Number:      3777186
Sentence to:           Term: 45 Day(s)
Max Expiration Date:
Inmate Name:           DEWEY BOZELL

---

## ⬇ Cycle 4 ⬆

### Violent Felony Offense

*Arrest/Charge Information*
Arrest Date: May 21, 1977

Name:         DEWY R BOZELLA

19

Confidential Subject to Protective Order                                          WH-BOZELLA-0023246

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

| | |
|---|---|
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 29A CHELSEA RDG, WAPPINGERS FALLS, NY |
| Fax Number | 565 |
| Place of Arrest: | City of Poughkeepsie, Dutchess County , NY |
| Date of Crime: | May 21, 1977 |
| Place of Crime: | City of Poughkeepsie, Dutchess County , NY |
| Criminal Justice | |
| Tracking No.: | 01564520Z |
| Arresting Agency: | Poughkeepsie City Police Department |
| Arrest Number: | B13935 |
| Arrest Charges: | |

-- Robbery-2nd Degree

PL 160.10    Class C   Felony Degree 2   NCIC 1299

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 69086

May 21, 1977
**Initial Report Of Docket Number**

---

## ⬇ Cycle 3 ⬆

**Arrest/Charge Information**

Arrest Date: April 14, 1977

| | |
|---|---|
| Name: | DEWY R BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 29A CHELSEA RD, WAPPINGERFALLS, NY |
| Fax Number | 376 |
| Place of Arrest: | City of Poughkeepsie, Dutchess County , NY |
| Date of Crime: | April 14, 1977 |
| Place of Crime: | City of Poughkeepsie, Dutchess County , NY |
| Criminal Justice | |
| Tracking No.: | 01573928L |
| Arresting Agency: | Poughkeepsie City Police Department |
| Arrest Number: | B13935 |
| Arrest Charges: | |

-- Criminal Mischief-3rd Degree

PL 145.05    Class E   Felony Degree 3   NCIC 2999

**Court Case Information**

-- Court:  Poughkeepsie City Court   Case Number: 68814

April 14, 1977

Confidential Subject to Protective Order

WH-BOZELLA-0023247

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

**Initial Report Of Docket Number**

---

## ⬇ Cycle 2 ⬆

**Arrest/Charge Information**
Arrest Date: June 28, 1976

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 144-55 208TH ST, QUEENS, NY |
| Fax Number | 10879 |
| Place of Arrest: | Queens County, NY |
| Date of Crime: | June 28, 1976 |
| Place of Crime: | Queens County, NY |
| Criminal Justice | |
| Tracking No.: | 02549628L |
| Arresting Agency: | NYCPD PCT 105 |
| Arrest Number: | 10516967 |
| Arraignment: | Queens County Criminal Court |
| Arrest Charges: | |

-- Criminal Mischief:Intent To Damage Property

PL 145.00 Sub 01      Class A   Misdemeanor Degree 4   NCIC 2999

---

**No Court Reported Information**

---

## Cycle 1 ⬆

**Arrest/Charge Information**
Arrest Date: June 21, 1976

| | |
|---|---|
| Name: | DEWEY RADAR BOZELLA |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Address: | 144-55 208TH ST, QUEENS, NY |
| Fax Number | 10439 |
| Place of Arrest: | Queens County, NY |
| Date of Crime: | June 21, 1976 |
| Place of Crime: | Queens County, NY |
| Criminal Justice | |
| Tracking No.: | 02484058M |
| Arresting Agency: | NYCPD PCT 105 |
| Arrest Number: | 10516329 |
| Arraignment: | Queens County Criminal Court |
| Arrest Charges: | |

-- Possession Stolen Property-3rd Degree

21

Confidential Subject to Protective Order      WH-BOZELLA-0023248

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

> PL 165.40    Class A    Misdemeanor Degree 3    NCIC 2804

-- Petit Larceny

> PL 155.25    Class A    Misdemeanor Degree 0    NCIC 2399

**No Court Reported Information**

---

## ⊙ Other History Related Information    ⬆

There is no Other History Related Information associated with this history.

## ⊙ Job/License Information    ⬆

**Civil Information**

| | |
|---|---|
| Type of Application: | Child Day Care |
| Name: | MR DEWEY R BOZELLA |
| Address: | 54 N LOCKERWOOD RD, BEACON, NY 12508 |
| Ethnicity: | Hispanic |
| Country of Citizenship: | USA |
| US Citizen : | |
| Date of Birth: | April 20, 1959 |
| SSN: | 068541012 |
| Agency ID: | L1-A0111321 |
| Date of Application: | January 19, 2010 |
| Application Agency: | NYS Children and Family Services - Criminal History Review Unit |
| Application Number: | L1-A0111321 |
| Driver's License: | 959606267 |

---

## ⊙ Additional Information    ⬆

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

**Sealed 160.50/160.50 ACD/160.55** - Utilization of any sealed 160.50/160.50 ACD/160.55 data is restricted to official purposes authorized by law and should not be further disseminated except upon specific authorization of a court or where specifically required or permitted by statute.

**Youthful Offender** - Utilization of the Youthful Offender data is restricted to official purposes authorized by law and should not be further disseminated except upon specific authorization of a court or where specifically required or permitted by statute.

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

---

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.

Confidential Subject to Protective Order

WH-BOZELLA-0023249

Fingerprint response on 03/17/2010 01:51 am for transaction 12267332

This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement
your agency has on file with DCJS. All information presented herein is as complete as the data furnished to DCJS.

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

23

Confidential Subject to Protective Order

WH-BOZELLA-0023250