Bozella, Dewey               84-A-0172                     13

## DECISION

Parole is denied, hold 24 months. Next appearance 01/07 Board.

Reasons: Parole is again denied due to the seriousness of your crime, Murder 2nd Degree. Your elderly victim was viciously killed when she arrived home during the burglary. She was tied up, and cloth was stuffed down her throat, causing her death. Your criminal record consists of eight misdemeanor and one felony convictions. Your program completions are noted. Your support in the community and letters of recommendation are similarly noted and considered. However, for this Panel to hold otherwise, would deprecate the seriousness of your crime, as to undermine respect for the law. Guidelines are not specified. All commissioners concur.

BAK

Subject to Federal Rule of Evidence 502

Confidential Treatment Requested by
Wilmer Cutler Pickering Hale and Dorr LLP

WH-BOZELLA-0009774