# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

KELLY M. NAUGHTON **
PHYLLIS A. INGRAM ***
ASHLEY N. TORRE *

JOSEPH P. McGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & MASSACHUSETTS
\*\*\* ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:
499 ROUTE 304
NEW CITY NY 10956

**MEMO ENDORSED**

PLEASE REPLY TO
GOSHEN OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/14

December 17, 2014

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>Via facsimile (914) 390-4278</u>

Re:   Bozella v. County of Dutchess
      10 CIV 4917 (CS)

Dear Judge Seibel:

We realized that Jay Speers' name, bio and summary of anticipated testimony appears on page 14 in the body of Part B of the Joint Pre-Trial Order but that his name was inadvertently omitted from the Defense Witnesses (Part B) listing on page 10-11 of the Joint Pre-Trial Order. Accordingly, we respectfully request that the Joint Pre-Trial Order be amended to reflect Mr. Speers' inclusion on Defendant's itemized witness list on page 10-11.

Respectfully,

MICHAEL K. BURKE

Cc:   Ross Firsenbaum, Esq. (via facsimile (212) 230-8888)
      Louis M. Freeman, Esq. (via email)

**Application Granted** / ~~Denied~~
**So** Ordered.

Cathy Seibel, U.S.D.J.

Dated: 12/17/14