# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEWEY R. BOZELLA,

                          Plaintiff,                            **RESCHEDULING ORDER**

            -against-                                           10 Civ. 4917 (CS)(JCM)

THE COUNTY OF DUTCHESS,

                          Defendant.
------------------------------------------------------------X

TO ALL PARTIES:

       The Settlement Conference previously scheduled for December 29, 2014 at 1:00 p.m. before Magistrate Judge Judith C. McCarthy has been rescheduled for December 30, 2014 at 9:30 a.m. in Courtroom 421. Parties with settlement authority or representative settlement decision-makers are required to appear in person. If the County of Dutchess is unable to proceed with settlement discussions, it shall notify the Court no later than 3:00 p.m. on December 29, 2014.

       *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  December 24, 2014
        White Plains, New York

                              **SO ORDERED:**

                              JUDITH C. McCARTHY
                              United States Magistrate Judge