UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEWEY R. BOZELLA,

                               Plaintiff,      **NOTICE OF ADJOURNMENT OF CONFERENCE**

    -against-

                                                             No. 10-CV-4917 (CS)

THE COUNTY OF DUTCHESS,

                               Defendant.
-----------------------------------------------------------------x

The conference previously scheduled by this Court for January 8, 2015 at 2:30 p.m. *is adjourned by this Court to* **January 8, 2015 at 1:00 p.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White Plains, NY 10601, Courtroom 621.

**SO ORDERED.**

Dated:      December 29, 2014
               White Plains, New York

                                                         _____
                                                             CATHY SEIBEL, U.S.D.J