# WILMERHALE

December 22, 2014

**Peter J. Macdonald**

**VIA FAX**

+1 212 937 7223 (t)
+1 212 230 8868 (f)
peter.macdonald@wilmerhale.com

Honorable Cathy Seibel
United States District Court
 for the Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and
 United States Courthouse, Room 218
300 Quarropas Street
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-5-2015

Re:   *Bozella v. County of Dutchess*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I am writing on behalf of Plaintiff Dewey Bozella to ask leave to submit a short reply memorandum to address the "ancient documents" arguments asserted by the County in three of its opposition filings. (Docket Entries 260, 261 and 262).

The County relies on the ancient document exception to the rule against hearsay and the ancient document rationale for authentication to justify admission of six categories of evidence now that were inadmissible in Mr. Bozella's 1983 and 1990 criminal trials (the "Suspect Evidence"). The proposed reply memorandum (not to exceed 10 pages) will assist the Court in ruling on this evidence. Most importantly, it identifies the authorities that demonstrate that neither the authentication rule nor the hearsay exception justify admission where (as is the case with all of the Suspect Evidence under the County's theories) an "ancient document" was created in anticipation of litigation, there existed at that time a motive to falsify such evidence, and the evidence is being offered now for the same reason it was created decades ago. Mr. Bozella will be able to submit the proposed brief reply within 24 hours of receiving the requested permission.

Respectfully submitted,

*Peter Macdonald* /JTL

Peter J. Macdonald

cc:   Patrick T. Burke, Esq. (*via fax*)
      Michael Burke, Esq. (*via fax*)
      Louis M. Freeman, Esq. (*via fax*)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington



# WILMERHALE

**FACSIMILE**

Date December 22, 2014

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

To  Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Fax 914-390-4278
Tel

From  Peter J. Macdonald

Pages  (2)

Re  *Bozella v. County of Dutchess, No. 10 Civ. 4917 (S.D.N.Y.)* **Letter Requesting to Leave to Submit a Short Reply Memorandum**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.