UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEWEY R. BOZELLA,

    Plaintiff,

v.

THE COUNTY OF DUTCHESS,

    Defendant.

No. 10 Civ. 4917 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-2015

## [PROPOSED] ORDER

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide plaintiff Dewey R. Bozella with Internet connectivity for the duration of the trial proceedings in the matter of *Bozella v. County of Dutchess*, No. 10 Civ. 4917 (S.D.N.Y.), set to begin on January 12, 2015. Courtroom Connect may proceed to make proper arrangements with the District Executive Office of the Court. The attorneys and non-attorneys for Mr. Bozella who have been authorized pursuant to Standing Order M10-468 to use personal electronic devices and general purpose computing devises during trial may use such devices to connect to the Courtroom Connect service.

SO ORDERED

_____ 1/5/15
Date

_____
U.S. District Court Judge Seibel

# WILMERHALE

January 5, 2015

Shauna K. Friedman

+1 212 295 6361 (t)
+1 212 230 8888 (f)
shauna.friedman@wilmerhale.com

**VIA FAX**

Honorable Cathy Seibel
United States District Court for the
 Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and
 United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Bozella v. County of Dutchess*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I am writing on behalf of Plaintiff Dewey R. Bozella to request that the Court allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom for the duration of the trial, set to begin on January 12, 2015. The Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

Subject to the Court's approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys. Courtroom Connect does not require any court resources to provide service, and has already installed the necessary network infrastructure in the court that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily activate connections inside the courtroom. This can be done easily at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington

# WILMERHALE

Page 2

Courtroom Connect will make all necessary arrangements with the Court's District Executive office and computer networking personnel. Randy Reas (phone: 720-328-6551) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like.

Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom. Specifically, Courtroom Connect has provided services on a number of trials before the Southern District of New York. Below is a sample list of recent trials in SDNY where Internet access has been utilized.

| | | | |
|---|---|---|---|
| 1) | *United States v Bonventre* | Honorable Laura Taylor Swain | Oct 2013 |
| 2) | *United States v Mazer* | Honorable George Daniels | Oct 2013 |
| 3) | *United States v Ghavami* | Honorable Kimba Wood | July 2013 |
| 4) | *United States v Newman* | Honorable Richard Sullivan | Nov 2012 |
| 5) | *United States v Carollo* | Honorable Harold Baer | May 2012 |
| 6) | *United States v Gupta* | Honorable Jed Rakoff | June 2012 |
| 7) | *United States v Rajaratnam* | Honorable Richard Holwell | Mar 2011 |
| 8) | *United States v Daugerdas* | Honorable William Pauley | Feb 2011 |
| 9) | *Terra Firma v CitiGroup* | Honorable Jed Rakoff | Oct 2010 |
| 10) | *Tyco International v Walsh* | Honorable Denise Cote | Oct 2010 |
| 11) | *United States v Cuti* | Honorable Deborah Batts | Apr 2010 |
| 12) | *In Re: Vivendi Universal* | Honorable Richard Holwell | Oct 2009 |
| 13) | *Infosint v Lundbeck* | Honorable Lewis Kaplan | Oct 2009 |
| 14) | *City of NY v Exxon Mobil* | Honorable Shira Scheindlin | July 2009 |

Mr. Bozella respectfully requests that the Court grant the enclosed proposed order.

Respectfully submitted,

*[signature]*

Shauna Friedman

cc:   Patrick T. Burke, Esq. (via fax)
　　　Michael Burke, Esq. (via fax)
　　　Louis M. Freeman, Esq. (via fax)



# WILMERHALE

**FACSIMILE**

+1 212 295 6542 (t)
+1 212 230 8888 (f)
william.ioas@wilmerhale.com

Date January 5, 2015

To  Hon. Seibel                                          Fax  (914) 390-4278
    Federal Building and United States Courthouse        Tel  (914) 390-4077
    300 Quarropas St.
    White Plains, NY 10601-4150

From William Ioas                                        Pages  4 (including cover)

Re  ***Bozella v. County of Dutchess*, No. 10 Civ. 4917 (S.D.N.Y.) Letter and Proposed Order re Internet connectivity and use of Electronic Devices.**

Please find attached our Letter and Proposed Order .

Sincerely,

*[signature]*

William Ioas

CC:

Louis Marmorek Freeman

Michael Kennedy Burke

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.