UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEWEY R. BOZELLA,                                              10 Civ. 4917 (CS)

                                Plaintiff,

v.

THE COUNTY OF DUTCHESS

                                Defendant.
-------------------------------------------------------------x

      I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide Defendant County of Dutchess with Internet connectivity for the duration of the trial proceedings in the above referenced matter, set to begin on January 12, 2015. Courtroom Connect may proceed to make proper arrangements with the District Executive Office of the Court. The attorneys and non-attorneys for Defendant who have been authorized to Standing Order M10-468 to use personal electronic devices and general purpose computing devices during trial may use such devices to connect to the Courtroom Connect service.

SO ORDERED:

_Cathy Seibel_ 1/8/15
HONORABLE CATHY SEIBEL
U.S. DISTRICT JUDGE