# BURKE, MIELE & GOLDEN, LLP

40 MATTHEWS STREET
SUITE 209
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE
KELLY M. NAUGHTON **

PHYLLIS A. INGRAM ***
ASHLEY N. TORRE *

JOSEPH P. MCGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & MASSACHUSETTS
\*\*\* ADMITTED IN NEW YORK & CONNECTICUT

ROCKLAND COUNTY OFFICE:

499 ROUTE 304
New City NY 10956

PLEASE REPLY TO
GOSHEN OFFICE

January 7, 2015

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Via facsimile (914) 390-4278**

Re:   Bozella v. County of Dutchess
      10 CIV 4917 (CS)

Dear Judge Seibel:

We represent Defendant County of Dutchess in the above referenced matter. Please allow this letter to serve as a request to allow our firm to bring a laptop into your Honor's courtroom for tomorrow's conference at 1:00 p.m. for access to electronic documents.

Thank you.

Respectfully,

MICHAEL K. BURKE

cc:   Peter J. Macdonald (via facsimile (212) 230-8888)
      Ross Firsenbaum (via facsimile (212) 230-8888)
      Louis M. Freeman, Esq. (via facsimile (212) 962-9696)

SO ORDERED:

_Cathy Seibel  1/8/15_
HONORABLE CATHY SEIBEL
U.S. DISTRICT JUDGE