Application granted.  The Clerk of Court shall
replace Doc. 203 with the attached First
Amended Joint Pretrial Order.

**WILMERHALE**

SO ORDERED.

April 6, 2015

**Peter J. Macdonald**

+1 212 937 7223 (t)
+1 212 230 8888 (f)
peter.macdonald@wilmerhale.com

**VIA ECF AND EMAIL**

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

Honorable Cathy Seibel
United States District Court for the
  Southern District of New York

4/6/15

The Honorable Charles L. Brieant Jr. Federal Building and
  United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  *Bozella v. County of Dutchess*, No. 10 Civ. 4917 (S.D.N.Y.)

Dear Judge Seibel:

I am writing on behalf of Plaintiff Dewey R. Bozella, and with the consent of Defendant
Dutchess County, to respectfully request that the Court replace the currently-entered Joint
Pretrial Order on the docket [Dkt. No. 203] with the First Amended Joint Pretrial Order, which is
enclosed as Exhibit A.  Although the Parties have settled this matter, this replacement is
necessary to ensure that, consistent with the Court's Order, dated December 23, 2013, the names
of certain individuals in certain criminal cases other than Mr. Bozella's criminal case be replaced
with pseudonyms in any public filing.  *See* Dkt. No. 140.

Respectfully submitted,

*Peter J. Macdonald* /sp

Peter J. Macdonald

Enclosure

cc:    Patrick T. Burke, Esq.
       Michael Burke, Esq.
       Louis M. Freeman, Esq.